Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19–29288–SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

MARCUS N BRITTLE
447 S Clinton St
Fl 1
East Orange, NJ 07018–2403

SHANTE GLORIA ROSE
aka Shante Brittle
447 S Clinton St
Fl 1
East Orange, NJ 07018–2403

Social Security No.:
 xxx–xx–7240                                xxx–xx–4994

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on November 18, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 18, 2019
JAN: env

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 19-29288-SLM
MARCUS N BRITTLE                                                                        Chapter 13
SHANTE GLORIA ROSE
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3              Date Rcvd: Nov 18, 2019
                              Form ID: 148             Total Noticed: 81

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2019.
db/jdb          MARCUS N BRITTLE,    SHANTE GLORIA ROSE,    447 S Clinton St,    Fl 1,
                 East Orange, NJ   07018-2403
518506838       ADS/ COMENITY/NY & CO,    PO Box 182789,    Columbus, OH   43218-2789
518506839      +AFFILIATE ASSET SOLUTIONS LLC,    145 Technology Pkwy Ste 100,
                 Peachtree Corners, GA 30092-3536
518506840       ALTANTIC AMBULANCE CORP,    PO Box 949,    Matawan, NJ   07747-0949
518506842     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court: AMERICAN HONDA FINANCE CORP,    201 Little Falls Dr,
                 Wilmington, DE   19808-1674)
518506843       AMERIFINANCIAL SOLUTIONS,    PO Box 602570,    Charlotte, NC   28260-2570
518506845      +AR RESOURCE INC,    1777 SENTRY PWK W,    Blue Bell, PA 19422-2207
518506844       AR RESOURCE INC,    1777 Sentry Pkwy W,    Blue Bell, PA   19422-2207
518506846       AR RESOURCES INC,    PO Box 1056,    Blue Bell, PA   19422-0287
518506847       ATLANTIC AMBUANCE CORP,    PO Box 949,    Matawan, NJ   07747-0949
518506848       BCA FINANCIAL SERVICES INC,    18001 Old Cutler Rd Ste 462,    Miami, FL   33157-6437
518506849       CAPITAL BANKK,    PO Box 539,    Horsham, PA   19044-0539
518506853       CBCS,    PO Box 2589,    Columbus, OH   43216-2589
518506855       CES/ACS/BANK OF AMERICA,    PO Box 182789,    Columbus, OH   43218-2789
518506856       CHASE MTG,   P,    PO Box 24696,    Columbus, OH   43224-0696
518506857       COMMONWEALTH FINANCIAL SYSTEMS,    245 Main St,    Scranton, PA   18519-1641
518506858       CONSTAR FINANCIAL SERVICE,    10400 N 25th Ave Ste 100,    Phoenix, AZ   85021-1610
518506863       DEPT OF ED/582/ NELNET,    PO Box 173904,    Denver, CO   80217-3904
518506864       DERMATOLOGY AND SKIN SURGERY CENTER,    205 Ridgedale Ave Ste 4,    Florham Park, NJ   07932-1349
518506865       DIVYA BHATIA, MD,    201 Lyons Ave Ste 3,    Newark, NJ   07112-2027
518506866       EAST ORANGE GENERAL HOSPITAL,    PO Box 9800,    Coral Springs, FL   33075-0800
518506867       EMA,   PO Box 6251,    Parsippany, NJ   07054-7251
518506868       EOS/CCA,    PO Box 981002,    Boston, MA   02298-1002
518506869       ESSEX PHYSICIANS GROUP LLC,    PO Box 14099,    Belfast, ME   04915-4034
518506870       EZPASS,    PO Box 4971,    Trenton, NJ   08650-4971
518506871       FINANCIAL RECOVERIES,    PO Box 1388,    Mount Laurel, NJ   08054-7388
518506872      +GARDEN SAVING FCU,    129 Littleton Rd,    Parsippany, NJ 07054-1897
518506873       GATEWAY EMERGENCY SRVC,    PO Box 80009,    Philadelphia, PA   19101-1009
518506875       HEART CENTER O THE ORANGES IM 310,    PO Box 767,    South Orange, NJ   07079-0767
518506877      +HORIZON,    3 Penn Plz E,    Newark, NJ 07105-2200
518506879       IMAGING CONSULTANTS OF ESSEX,    PO Box 3247,    Indianapolis, IN   46206-3247
518506883       MERRICK BANK CORP,    PO BOX 92001,    Old Bethpage, NY   11804
518506884       MRS BPO LLC,    1930 Olney Ave,    Cherry Hill, NJ   08003-2016
518506885       NBIMC FAMILY HEALH CENTER,    PO Box 8000,    Buffalo, NY   14267-0002
518506886       PHILIP B WILLETE CO LLA,    PO Box 26042,    Columbus, OH   43226-0042
518506889      +PORTOLIO RECOVERY ASS,    120 CORPORARE BBLVD STE 100,    Norfolk, VA 23502-4952
518506890      +PREMIER BKCARD/ FIRST PREMIER,    601 S MINNESOTA AVE,    SIOUX FALLS, SD 57104-4824
518506891      +PREMIER BKCRD/ FIRST PREMIER,    601 S MINNESOTA AVE,    SIOUX FALLS, SD 57104-4824
518506893       PRO BILL,    PO Box 2078,    Huntington, WV   25720-2078
518506894       PROFESSIONAL BUREAU OF COLLECTIONS,    PO Box 4157,    Greenwood Village, CO   80155-4157
518506895       PUBLISHERS CLEARING HOUSE,    PO Box 6344,    Harlan, IA   51593-1844
518506896       QUEST DAIGNOSTICS,    PO Box 7308,    Hollister, MO   65673-7308
518506897       RADIUS GOLOBAL SOLUTION,    7831 Glenroy Rd Ste 250,    Edina, MN   55439-3117
518506898       REMEX,    307 Wall St,    Princeton, NJ   08540-1515
518506902       SAINT MICHAELS MEDICAL CENTER,    111 Central Ave,    Newark, NJ   07102-1909
518506903       SANTANDER/ CHRYSLER CAP,    PO Box 961275,    Fort Worth, TX   76161-0275
518506906       SYN COM,    5450 NW Central Dr Ste 220,    Houston, TX   77092-2061
518506907      +TRANSWORLS SYSTEM INC,    500 Virginia Dr Ste 514,    Fort Washington, PA 19034-2733
518506908       UHEAA/ CORNERSSTONE/AES,    PO BOX 610047,    Harrisburg, PA   17101
518506909       UHEAA/CORNERSTONE/AES,    PO Box 61047,    Harrisburg, PA   17106-1047
518506910       UNIVERSITY RADIOLOGY GROUP PC,    PO Box 1075,    East Brunswick, NJ   08816-1075

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 19 2019 02:10:40      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 19 2019 02:10:37      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518506841       E-mail/Text: bankruptcies@amerassist.com Nov 19 2019 02:11:32      AMERASSIST AR SOLUTIONS,
                 445 Hutchinson Ave Ste 500,    Columbus, OH   43235-8616
518531073       EDI: HNDA.COM Nov 19 2019 06:03:00      American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
518506850       EDI: CAPITALONE.COM Nov 19 2019 06:03:00      CAPITAL ONE,    PO Box 30285,
                 Salt Lake City, UT   84130-0285
518506851       EDI: PHINGENESIS Nov 19 2019 06:03:00      CB INDIGO /GF,    PO Box 4499,
                 Beaverton, OR   97076-4499
518506854       E-mail/Text: bankruptcy@certifiedcollection.com Nov 19 2019 02:10:26
                 CERTIFIED CREDIT & COLLECION BUREAU,    PO Box 1750,    Whitehouse Station, NJ   08889-1750

```
District/off: 0312-2          User: admin              Page 2 of 3              Date Rcvd: Nov 18, 2019
                              Form ID: 148             Total Noticed: 81

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518506859      +EDI: CONVERGENT.COM Nov 19 2019 06:03:00      CONVERGENT,    800 SW 39th St Ste 100,
                 Renton, WA 98057-4927
518506860      +EDI: CONVERGENT.COM Nov 19 2019 06:03:00      CONVERGET OUTSOURCING,    800 SW 39th St,
                 Renton, WA 98057-4927
518506861      +E-mail/Text: bankruptcy@credencerm.com Nov 19 2019 02:11:12       CREDENCE,
                 17000 DALLAS PWKY STE 204,   Dallas, TX 75248-1940
518506862       E-mail/PDF: creditonebknotifications@resurgent.com Nov 19 2019 02:05:17       CREDIT ONE BANK,
                 PO Box 98875,   Las Vegas, NV 89193-8875
518506874       EDI: PHINGENESIS Nov 19 2019 06:03:00      GENESIS FS CARD SERVICES,    PO Box 4477,
                 Beaverton, OR 97076-4401
518506876       EDI: CBS7AVE Nov 19 2019 06:03:00      HOMEATFIVE,    1515 S 21st St,   Clinton, IA 52732-6676
518506878       EDI: IIC9.COM Nov 19 2019 06:03:00      IC SYSTEMS,    PO Box 64437,   Saint Paul, MN 55164-0437
518506880       E-mail/Text: SM-Rehab-Bankruptcies@selectmedical.com Nov 19 2019 02:11:26       KESSLER,
                 4716 Gettysburg Rd,   Mechanicsburg, PA 17055-4325
518506881       E-mail/Text: krivera@leadersfc.com Nov 19 2019 02:09:19       LEADERS FINANCIAL COMPANY,
                 21 Commerce Dr Fl 1,   Cranford, NJ 07016-3550
518572521       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 19 2019 02:05:24       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518506882       EDI: CBSMASON Nov 19 2019 06:03:00      MASSEYS,    PO Box 2822,   Monroe, WI 53566-8022
518535333       E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 19 2019 02:03:35       MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
518560340      +EDI: CBSMASON Nov 19 2019 06:03:00      Massey’s,   c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,   Dallas, TX 75380-0849
518506887       E-mail/Text: info@phoenixfinancialsvcs.com Nov 19 2019 02:09:21
                 PHOENIX FINANCIAL SERVICES LLC,    8902 Otis Ave Ste 103A,    Indianapolis, IN 46216-1009
518506888       EDI: PRA.COM Nov 19 2019 06:03:00      PORTFOLIO RECOVERY ASSOCIATES,
                 120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
518506892       E-mail/Text: legal@pims-inc.com Nov 19 2019 02:10:59       PRINCETON PATHOLOGY SERVICES PA,
                 5755 Hoover Blvd,   Tampa, FL 33634-5340
518506900       E-mail/Text: bankruptcy@savit.com Nov 19 2019 02:11:24       SA-VIT COLLECTION AGENCY,
                 46 W Ferris St,   East Brunswick, NJ 08816-2159
518506901       E-mail/Text: ebn@rwjbh.org Nov 19 2019 02:11:03       SAINT BARNABAS MED CENTER,    PO Box 903,
                 Oceanport, NJ 07757-0903
518506904       E-mail/Text: jennifer.chacon@spservicing.com Nov 19 2019 02:11:29
                 SELECT PORTFOLIO SERVICING,    3217 Decker Lake Dr,   West Valley City, UT 84119-3284
518506905       EDI: SWCR.COM Nov 19 2019 06:03:00      SOUTHWEST CREDIT,    4120 International Pkwy Ste 1100,
                 Carrollton, TX 75007-1958
518518524      +EDI: AIS.COM Nov 19 2019 06:03:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518506911       EDI: VERIZONCOMB.COM Nov 19 2019 06:03:00      VERIZON,    PO Box 650584,
                 Dallas, TX 75265-0584
518506912       EDI: BLUESTEM Nov 19 2019 06:03:00      WEBBANK,    6250 Ridgewood Rd,
                 Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 30

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518506852*     CB INDIGO/ GF,    PO Box 4499,   Beaverton, OR 97076-4499
518506899*     REMEX INC,    307 Wall St,   Princeton, NJ 08540-1515
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

Certificate of Notice    Page 4 of 4

```
District/off: 0312-2              User: admin               Page 3 of 3                  Date Rcvd: Nov 18, 2019
                                  Form ID: 148              Total Noticed: 81
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2019 at the address(es) listed below:

        Edward   Hanratty    on behalf of Debtor MARCUS N BRITTLE
         thanratty@centralnewjerseybankruptcylawyer.com,   aaguirre@centralnewjerseybankruptcylawyer.com
        Edward   Hanratty    on behalf of Joint Debtor SHANTE GLORIA ROSE
         thanratty@centralnewjerseybankruptcylawyer.com,   aaguirre@centralnewjerseybankruptcylawyer.com
        Marie-Ann   Greenberg    magecf@magtrustee.com
        Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on
         behalf of the holders of the J.P. Morgan Mortgage Et Al... rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                           TOTAL: 5