UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Edward Hanratty, Esq.
80 Court Street
Freehold, NJ 07728
732-866-6655

**Order Filed on November 22, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

Marcus Brittle & Shante Rose

| | |
|---|---|
| Case No.: | 19-29288 |
| Chapter: | 13 |
| Judge: | SLM |

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: November 22, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of _____Debtor_____ for the reduction of time for a hearing on  Motion to Vacate Dismissal _____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____December 3, 2019_____ at _10:00AM_ in the United States Bankruptcy Court, _____50 Walnut Street, Newark, NJ 07102_____, Courtroom No. __3A__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Secured Creditor(s) and Counsel (if known); Chapter 13 Trustee; and any Party who Filed a Notice of Appearance.

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: All other Creditors.

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,   ☐ overnight mail,   ☒ regular mail,   ☒ email,   ☒ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within __3__ day(s) of the date of this Order. *

*Service must be effectuated by 11/25/19. Failure to properly serve will result in the Court's denial to hear the motion.

5. Notice by telephone:

☐ is not required

☒ must be provided to  Secured Creditor(s)' Counsel (if known) or Secured Creditors; and the Ch. 13 Trustee.

☐ on the same day as the date of this Order, or

☒ within __3__ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail ___1___ day(s) prior to the scheduled hearing; or

    ☐ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.**

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

```
**The Ch. 13 Trustee may request to be heard on the papers or
appear by telephone.
```

*rev.2/1/16*

3