UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Edward Hanratty, Esq.
80 Court Street
Freehold, NJ 07728
732-866-6655

Order Filed on November 22,
2019 by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

Marcus Brittle & Shante Rose

| | |
|---|---|
| Case No.: | 19-29288 |
| Chapter: | 13 |
| Judge: | SLM |

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: November 22, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of _____**Debtor**_____ for the reduction of time for a hearing on __Motion to Vacate Dismissal_____
_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____**December 3, 2019**_____ at __10:00AM__ in the United States Bankruptcy Court, _____**50 Walnut Street, Newark, NJ 07102**_____, Courtroom No. __3A__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Secured Creditor(s) and Counsel (if known); Chapter 13 Trustee; and any Party who Filed a Notice of Appearance.

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: All other Creditors.

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,   ☐ overnight mail,   ☒ regular mail,   ☒ email,   ☒ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within __3__ day(s) of the date of this Order. *

*Service must be effectuated by 11/25/19. Failure to properly serve will result in the Court's denial to hear the motion.

5. Notice by telephone:

☐ is not required

☒ must be provided to __Secured Creditor(s)' Counsel (if known) or Secured Creditors;__

☐ on the same day as the date of this Order, or

and the Ch. 13 Trustee.

☒ within __3__ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail \_\_\_\_\_1\_\_\_\_\_ day(s) prior to the scheduled hearing; or

   ☐ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.**

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

```
**The Ch. 13 Trustee may request to be heard on the papers or
appear by telephone.
```

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-29288-SLM
MARCUS N BRITTLE                                                                                Chapter 13
SHANTE GLORIA ROSE
      Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Nov 22, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2019.
db/jdb         MARCUS N BRITTLE,    SHANTE GLORIA ROSE,    447 S Clinton St,    Fl 1,
               East Orange, NJ   07018-2403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2019 at the address(es) listed below:
              Edward  Hanratty    on behalf of Debtor MARCUS N BRITTLE
               thanratty@centralnewjerseybankruptcylawyer.com,    aaguirre@centralnewjerseybankruptcylawyer.com
              Edward  Hanratty    on behalf of Joint Debtor SHANTE GLORIA ROSE
               thanratty@centralnewjerseybankruptcylawyer.com,    aaguirre@centralnewjerseybankruptcylawyer.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on
               behalf of the holders of the J.P. Morgan Mortgage Et Al... rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5