**Edward Hanratty**
**80 Court Street**
**Freehold NJ 07728**
**732 866 6655**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

```
IN RE:                           )
                                 )
Marcus Brittle & Shante Rose     )    CASE NO:  19-29288
                                 )    AP NO:
                                 )    CHAPTER: 13
DEBTOR(S)                        )
```

### *Notice of Withdrawal of Document*

Now comes Marcus Brittle & Shante Rose ("debtor"), by and through their attorney herby withdraw the Application for Order Shortening Time, document number 23 filed on the docket on November 22, 2019. Short Notice Hearing was scheduled for December 3, 2019 hearing will now continue on December 11, 2019 at 10:00 am as originally scheduled.

Respectfully submitted,

Date: November 25, 2019                /s/ Edward Hanratty
                                       Edward Hanratty
                                       Attorney for Debtor