Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−29288−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

MARCUS N BRITTLE
447 S Clinton St
Fl 1
East Orange, NJ 07018−2403

SHANTE GLORIA ROSE
aka Shante Brittle
447 S Clinton St
Fl 1
East Orange, NJ 07018−2403

Social Security No.:
   xxx−xx−7240                                  xxx−xx−4994

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 1/8/20 at 10:00 AM

to consider and act upon the following:

22 − Motion to Vacate Dismissal of Case Filed by Edward Hanratty on behalf of MARCUS N BRITTLE. Hearing scheduled for 12/11/2019 at 09:00 AM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Certification # 2 Proposed Order) (Hanratty, Edward) No Hearing Required because this Motion has been filed followed by an Application to Shorten Time Modified on 11/22/2019 (env).

Dated: 11/26/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court