UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Edward Hanratty, Esq.
80 Court Street
Freehold, NJ 07728
732-866-6655

Case No.: 19-29288

Chapter: 13

In Re:

Marcus Brittle & Shante Rose

Adv. No.:

Hearing Date: 1/8/2020

Judge: SLM

## CERTIFICATION OF SERVICE

1. I, _____Arely Aguirre_____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for ___Edward Hanratty___, who represents ___Debtor___ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On ___12/02/2019___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Motion to Vacate Dismissal

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 12/02/2019

/s/ Arely Aguirre
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| ADS/ COMENITY/NY & CO<br>PO Box 182789<br>Columbus, OH 43218-2789 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| AFFILIATE ASSET SOLUTIONS LLC<br>145 Technology Pkwy Ste 100<br>Peachtree Corners, GA 30092-2913 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☒ Other  NEF &<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| ALTANTIC AMBULANCE CORP<br>PO Box 949<br>Matawan, NJ 07747-0949 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF &<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| AMERASSIST AR SOLUTIONS<br>445 Hutchinson Ave Ste 500<br>Columbus, OH 43235-8616 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF &<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| AMERICAN HONDA FINANCE CORP<br>201 Little Falls Dr<br>Wilmington, DE 19808-1674 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| AMERIFINANCIAL SOLUTIONS<br>PO Box 602570<br>Charlotte, NC 28260-2570 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| AR RESOURCE INC<br>1777 Sentry Pkwy W<br>Blue Bell, PA 19422-2207 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| BCA FINANCIAL SERVICES INC<br>18001 Old Cutler Rd Ste 462<br>Miami, FL 33157-6437 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CAPITAL BANKK<br>PO Box 539<br>Horsham, PA 19044-0539 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CAPITAL ONE<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| CB INDIGO /GF<br>PO Box 4499<br>Beaverton, OR 97076-4499 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CBCS<br>PO Box 2589<br>Columbus, OH 43216-2589 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☒ Other  NEF &<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CERTIFIED CREDIT & COLLECION BUREAU<br>PO Box 1750<br>Whitehouse Station, NJ 08889-1750 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF &<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CES/ACS/BANK OF AMERICA<br>PO Box 182789<br>Columbus, OH 43218-2789 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF &<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CHASE MTG<br>P<br>PO Box 24696<br>Columbus, OH 43224-0696 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| COMMONWEALTH FINANCIAL SYSTEMS<br>245 Main St<br>Scranton, PA 18519-1641 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CONSTAR FINANCIAL SERVICE<br>10400 N 25th Ave Ste 100<br>Phoenix, AZ 85021-1610 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CONVERGENT<br>800 SW 39th St Ste 100<br>Renton, WA 98057-4975 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CREDENCE<br>17000 DALLAS PKWY STE 204<br>Dallas, TX 75201 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CREDIT ONE BANK<br>PO Box 98875<br>Las Vegas, NV 89193-8875 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| EOS/CCA<br>PO Box 981002<br>Boston, MA 02298-1002 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| IMAGING CONSULTANTS OF ESSEX<br>PO Box 3247<br>Indianapolis, IN 46206-3247 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KESSLER<br>4716 Gettysburg Rd<br>Mechanicsburg, PA 17055-4325 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| LEADERS FINANCIAL COMPANY<br>21 Commerce Dr Fl 1<br>Cranford, NJ 07016-3550 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| MASSEYS<br>PO Box 2822<br>Monroe, WI 53566-8022 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| EOS/CCA<br>PO Box 981002<br>Boston, MA 02298-1002 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| ESSEX PHYSICIANS GROUP LLC<br>PO Box 14099<br>Belfast, ME 04915-4034 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| EZPASS<br>PO Box 4971<br>Trenton, NJ 08650-4971 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| FINANCIAL RECOVERIES<br>PO Box 1388<br>Mount Laurel, NJ 08054-7388 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| GATEWAY EMERGENCY SRVC<br>PO Box 80009<br>Philadelphia, PA 19101-1009 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| DEPT OF ED/582/ NELNET<br>PO Box 173904<br>Denver, CO 80217-3904 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| DERMATOLOGY AND SKIN SURGERY CENTER<br>205 Ridgedale Ave Ste 4<br>Florham Park, NJ 07932-1349 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☒ Other NEF &<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| DIVYA BHATIA, MD<br>201 Lyons Ave Ste 3<br>Newark, NJ 07112-2027 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF &<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| EAST ORANGE GENERAL HOSPITAL<br>PO Box 9800<br>Coral Springs, FL 33075-0800 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF &<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| EMA<br>PO Box 6251<br>Parsippany, NJ 07054-7251 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502-4952 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PREMIER BKCARD/ FIRST PREMIER<br>601 S MINNESOTA AVE<br>SIOUX FALLS, SD 57104 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PRINCETON PATHOLOGY SERVICES PA<br>5755 Hoover Blvd<br>Tampa, FL 33634-5340 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PRO BILL<br>PO Box 2078<br>Huntington, WV 25720-2078 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PROFESSIONAL BUREAU OF COLLECTIONS<br>PO Box 4157<br>Greenwood Village, CO 80155-4157 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| MASSEYS<br>PO Box 2822<br>Monroe, WI 53566-8022 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| MRS BPO LLC<br>1930 Olney Ave<br>Cherry Hill, NJ 08003-2016 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☒ Other NEF &<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| NBIMC FAMILY HEALH CENTER<br>PO Box 8000<br>Buffalo, NY 14267-0002 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF &<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PHILIP B WILLETE CO LLA<br>PO Box 26042<br>Columbus, OH 43226-0042 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF &<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PHOENIX FINANCIAL SERVICES LLC<br>8902 Otis Ave Ste 103A<br>Indianapolis, IN 46216-1009 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502-4952 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PREMIER BKCARD/ FIRST PREMIER<br>601 S MINNESOTA AVE<br>SIOUX FALLS, SD 57104 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PRINCETON PATHOLOGY SERVICES PA<br>5755 Hoover Blvd<br>Tampa, FL 33634-5340 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PRO BILL<br>PO Box 2078<br>Huntington, WV 25720-2078 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PROFESSIONAL BUREAU OF COLLECTIONS<br>PO Box 4157<br>Greenwood Village, CO 80155-4157 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| PUBLISHERS CLEARING HOUSE<br>PO Box 6344<br>Harlan, IA 51593-1844 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| QUEST DAIGNOSTICS<br>PO Box 7308<br>Hollister, MO 65673-7308 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☒ Other  NEF &<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| RADIUS GOLOBAL SOLUTION<br>7831 Glenroy Rd Ste 250<br>Edina, MN 55439-3117 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF &<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| REMEX<br>307 Wall St<br>Princeton, NJ 08540-1515 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF &<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| SA-VIT COLLECTION AGENCY<br>46 W Ferris St<br>East Brunswick, NJ 08816-2159 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| SAINT BARNABAS MED CENTER<br>PO Box 903<br>Oceanport, NJ 07757-0903 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| SAINT MICHAELS MEDICAL CENTER<br>111 Central Ave<br>Newark, NJ 07102-1909 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| SANTANDER/ CHRYSLER CAP<br>PO Box 961275<br>Fort Worth, TX 76161-0275 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| SOUTHWEST CREDIT<br>4120 International Pkwy Ste 1100<br>Carrollton, TX 75007-1958 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| SYN COM<br>5450 NW Central Dr Ste 220<br>Houston, TX 77092-2061 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| TRANSWORLS SYSTEM INC<br>500 Virginia Dr Ste 514<br>Fort Washington, PA 19034-2707 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| UHEAA/ CORNERSSTONE/AES<br>PO BOX 610047<br>Harrisburg, PA 17101 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☒ Other  NEF &<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| UNIVERSITY RADIOLOGY GROUP PC<br>PO Box 1075<br>East Brunswick, NJ 08816-1075 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF &<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| VERIZON<br>PO Box 650584<br>Dallas, TX 75265-0584 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF &<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| WEBBANK<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303-0820 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |