EDWARD HANRATTY
80 COURT ST
FREEHOLD, NJ  07728

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 19-29288

Re:  MARCUS N BRITTLE  
     SHANTE GLORIA ROSE  
     447 S CLINTON ST  
     FL 1  
     EAST ORANGE,  NJ  07018-2403

Atty:  EDWARD HANRATTY  
       80 COURT ST  
       FREEHOLD, NJ  07728

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/01/2019 | $133.00 | 6295829000 | | | |

**Total Receipts: $133.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $133.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 6.92 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,298.39 | 0.00% | 0.00 | 0.00 |
| 0002 | AFFILIATE ASSET SOLUTIONS LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | ALTANTIC AMBULANCE CORP | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | AMERASSIST AR SOLUTIONS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | AMERICAN HONDA FINANCE CORPORAT | UNSECURED | 5,704.71 | 0.00% | 0.00 | 0.00 |
| 0006 | PENDRICK CAPITAL PARTNERS, LLC | UNSECURED | 968.00 | 0.00% | 0.00 | 0.00 |
| 0007 | AR RESOURCE INC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | AR RESOURCE INC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0009 | AR RESOURCES INC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0011 | BCA FINANCIAL SERVICES INC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0012 | CAPITAL BANKK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0013 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0014 | CB INDIGO /GF | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | CB INDIGO/ GF | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | CBCS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0017 | CERTIFIED CREDIT & COLLECION BUREA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0018 | CES/ACS/BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0019 | CHASE MTG | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0020 | COMMONWEALTH FINANCIAL SYSTEMS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0021 | CONSTAR FINANCIAL SERVICE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0022 | CONVERGENT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0023 | CONVERGET OUTSOURCING | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Chapter 13 Case # 19-29288**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0024 | CREDENCE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0025 | CREDIT ONE BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0026 | DEPT OF ED/582/ NELNET | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0027 | DERMATOLOGY AND SKIN SURGERY CEI | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0028 | DIVYA BHATIA, MD | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0029 | EAST ORANGE GENERAL HOSPITAL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0030 | EMA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0031 | EOS/CCA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0032 | ESSEX PHYSICIANS GROUP LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0033 | EZPASS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0034 | FINANCIAL RECOVERIES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0035 | GARDEN SAVINGS FCU | VEHICLE SECURE | 1,089.10 | 100.00% | 0.00 | 0.00 |
| 0036 | PENDRICK CAPITAL PARTNERS, LLC | UNSECURED | 582.00 | 0.00% | 0.00 | 0.00 |
| 0037 | GENESIS FS CARD SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0038 | HEART CENTER O THE ORANGES IM 310 | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0039 | HOMEATFIVE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0040 | HORIZON | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0041 | IC SYSTEMS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0042 | IMAGING CONSULTANTS OF ESSEX | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0043 | KESSLER | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0044 | LEADERS FINANCIAL COMPANY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0045 | MASSEYS | UNSECURED | 937.89 | 0.00% | 0.00 | 0.00 |
| 0046 | MERRICK BANK | UNSECURED | 1,449.05 | 0.00% | 0.00 | 0.00 |
| 0047 | MRS BPO LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0048 | NBIMC FAMILY HEALH CENTER | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0050 | PHOENIX FINANCIAL SERVICES LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0051 | PORTFOLIO RECOVERY ASSOCIATES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0052 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,168.13 | 0.00% | 0.00 | 0.00 |
| 0053 | PREMIER BKCARD/ FIRST PREMIER | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0054 | PREMIER BKCRD/ FIRST PREMIER | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0055 | PRINCETON PATHOLOGY SERVICES PA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0056 | PRO BILL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0057 | PROFESSIONAL BUREAU OF COLLECTIO | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0058 | PUBLISHERS CLEARING HOUSE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0059 | QUEST DAIGNOSTICS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0060 | RADIUS GOLOBAL SOLUTION | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0061 | REMEX | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0062 | REMEX INC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0063 | SA-VIT COLLECTION AGENCY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0064 | SAINT BARNABAS MED CENTER | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0065 | SAINT MICHAELS MEDICAL CENTER | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0066 | SANTANDER CONSUMER USA, INC. | UNSECURED | 16,844.03 | 0.00% | 0.00 | 0.00 |
| 0067 | SELECT PORTFOLIO SERVICING | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0068 | SOUTHWEST CREDIT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0069 | SYN COM | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0070 | TRANSWORLS SYSTEM INC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0072 | UHEAA/ CORNERSSTONE/AES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0073 | UHEAA/CORNERSTONE/AES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0074 | UNIVERSITY RADIOLOGY GROUP PC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0075 | VERIZON | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0076 | WEBBANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0079 | PREMIER BKCARD/ FIRST PREMIER | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0080 | PORTOLIO RECOVERY ASS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0081 | CREDIT ONE BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0082 | ALTANTIC AMBULANCE CORP | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0083 | T-MOBILE | UNSECURED | 2,389.02 | 0.00% | 0.00 | 0.00 |
| 0084 | LVNV FUNDING LLC | UNSECURED | 1,125.34 | 0.00% | 0.00 | 0.00 |

**Chapter 13 Case # 19-29288**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0085 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 1,759.14 | 0.00% | 0.00 | 0.00 |
| 0086 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 1,154.62 | 0.00% | 0.00 | 0.00 |
| 0087 | QUANTUM3 GROUP LLC | UNSECURED | 701.11 | 0.00% | 0.00 | 0.00 |
| 0088 | QUANTUM3 GROUP LLC | UNSECURED | 774.03 | 0.00% | 0.00 | 0.00 |
| 0089 | SELECT MEDICAL | UNSECURED | 305.87 | 0.00% | 0.00 | 0.00 |
| 0090 | SELECT MEDICAL | UNSECURED | 173.30 | 0.00% | 0.00 | 0.00 |
| 0091 | PENDRICK CAPITAL PARTNERS, LLC | UNSECURED | 414.00 | 0.00% | 0.00 | 0.00 |
| 0092 | QUANTUM3 GROUP LLC | UNSECURED | 253.96 | 0.00% | 0.00 | 0.00 |
| 0093 | BARNABAS HEALTH MEDICAL GROUP | UNSECURED | 364.67 | 0.00% | 0.00 | 0.00 |
| 0094 | LVNV FUNDING LLC | UNSECURED | 1,046.50 | 0.00% | 0.00 | 0.00 |
| 0095 | NEW JERSEY TURNPIKE AUTHORITY | UNSECURED | 15,269.75 | 0.00% | 0.00 | 0.00 |

**Total Paid: $6.92**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $133.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $6.92    =    Funds on Hand: $126.08

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.