Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 19–29288–SLM
                              Chapter: 13
                              Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| MARCUS N BRITTLE | SHANTE GLORIA ROSE |
| 447 S Clinton St | aka Shante Brittle |
| Fl 1 | 447 S Clinton St |
| East Orange, NJ 07018–2403 | Fl 1 |
| | East Orange, NJ 07018–2403 |

Social Security No.:
  xxx–xx–7240                                       xxx–xx–4994

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date: 4/7/20
Time: 02:30 PM
Location: Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Edward Hanratty, Debtor's Attorney,

COMMISSION OR FEES
$1,398.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 9, 2020
JAN: rah

                                                                      Jeanne Naughton
                                                                      Clerk