Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 19–29288–SLM
                Chapter: 13
                Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| MARCUS N BRITTLE | SHANTE GLORIA ROSE |
| 447 S Clinton St | aka Shante Brittle |
| Fl 1 | 447 S Clinton St |
| East Orange, NJ 07018–2403 | Fl 1 |
| | East Orange, NJ 07018–2403 |

Social Security No.:
  xxx–xx–7240                          xxx–xx–4994

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:    4/7/20
Time:    02:30 PM
Location:    Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Edward Hanratty, Debtor's Attorney,

COMMISSION OR FEES
$1,398.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 9, 2020
JAN: rah

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
MARCUS N BRITTLE  
SHANTE GLORIA ROSE  
    Debtors

Case No. 19-29288-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3     Date Rcvd: Mar 09, 2020  
                 Form ID: 137     Total Noticed: 93

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2020.

```
db/jdb         MARCUS N BRITTLE,   SHANTE GLORIA ROSE,    447 S Clinton St,   Fl 1,
                East Orange, NJ  07018-2403
518506838      ADS/ COMENITY/NY & CO,    PO Box 182789,   Columbus, OH  43218-2789
518506839     +AFFILIATE ASSET SOLUTIONS LLC,    145 Technology Pkwy Ste 100,
                Peachtree Corners, GA 30092-3536
518506840      ALTANTIC AMBULANCE CORP,    PO Box 949,   Matawan, NJ  07747-0949
518506842    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:  AMERICAN HONDA FINANCE CORP,    201 Little Falls Dr,
                Wilmington, DE  19808-1674)
518506843      AMERIFINANCIAL SOLUTIONS,    PO Box 602570,   Charlotte, NC  28260-2570
518506845     +AR RESOURCE INC,    1777 SENTRY PWK W,    Blue Bell, PA 19422-2207
518506844      AR RESOURCE INC,    1777 Sentry Pkwy W,    Blue Bell, PA  19422-2207
518506846      AR RESOURCES INC,    PO Box 1056,   Blue Bell, PA  19422-0287
518506847      ATLANTIC AMBUANCE CORP,    PO Box 949,   Matawan, NJ  07747-0949
518621029     +BARNABAS HEALTH MEDICAL GROUP,    CCCB,   PO BOX 1750,    WHITEHOUSE STATION, NJ 08889-1750
518506848      BCA FINANCIAL SERVICES INC,    18001 Old Cutler Rd Ste 462,    Miami, FL  33157-6437
518506849      CAPITAL BANKK,    PO Box 539,   Horsham, PA  19044-0539
518506853      CBCS,   PO Box 2589,   Columbus, OH  43216-2589
518506855      CES/ACS/BANK OF AMERICA,    PO Box 182789,   Columbus, OH  43218-2789
518506856      CHASE MTG,   P,   PO Box 24696,   Columbus, OH  43224-0696
518506857      COMMONWEALTH FINANCIAL SYSTEMS,    245 Main St,   Scranton, PA  18519-1641
518506858      CONSTAR FINANCIAL SERVICE,    10400 N 25th Ave Ste 100,    Phoenix, AZ  85021-1610
518627840     +Chrysler Capital,    P.O. Box 961275,   Fort Worth, TX 76161-0275
518506863      DEPT OF ED/582/ NELNET,    PO Box 173904,   Denver, CO  80217-3904
518506864      DERMATOLOGY AND SKIN SURGERY CENTER,    205 Ridgedale Ave Ste 4,    Florham Park, NJ  07932-1349
518506865      DIVYA BHATIA, MD,    201 Lyons Ave Ste 3,    Newark, NJ  07112-2027
518506866      EAST ORANGE GENERAL HOSPITAL,    PO Box 9800,   Coral Springs, FL  33075-0800
518506867      EMA,   PO Box 6251,   Parsippany, NJ  07054-7251
518506868      EOS/CCA,    PO Box 981002,   Boston, MA  02298-1002
518506869      ESSEX PHYSICIANS GROUP LLC,    PO Box 14099,   Belfast, ME  04915-4034
518506870      EZPASS,    PO Box 4971,   Trenton, NJ  08650-4971
518506871      FINANCIAL RECOVERIES,    PO Box 1388,   Mount Laurel, NJ  08054-7388
518506872     +GARDEN SAVING FCU,    129 Littleton Rd,   Parsippany, NJ 07054-1897
518506873      GATEWAY EMERGENCY SRVC,    PO Box 80009,   Philadelphia, PA  19101-1009
518586296     +Garden Savings Federal Credit Union,    c/o Peter J. Liska, LLC,    766 Shrewsbury Avenue,
                Tinton Falls, NJ 07724-3001
518506875      HEART CENTER O THE ORANGES IM 310,    PO Box 767,   South Orange, NJ  07079-0767
518506877     +HORIZON,   3 Penn Plz E,    Newark, NJ 07105-2200
518506878      IC SYSTEMS,    PO Box 64437,   Saint Paul, MN  55164-0437
518506879      IMAGING CONSULTANTS OF ESSEX,    PO Box 3247,   Indianapolis, IN  46206-3247
518506883      MERRICK BANK CORP,    PO BOX 92001,   Old Bethpage, NY  11804
518506884      MRS BPO LLC,    1930 Olney Ave,    Cherry Hill, NJ  08003-2016
518506885      NBIMC FAMILY HEALH CENTER,    PO Box 8000,   Buffalo, NY  14267-0002
518624266     +New Jersey Turnpike Authority,    Mark Schneider, Esq.,    1 Turnpike Plaza, P.O. Box 5042,
                Woodbridge, NJ 07095-5042
518506886     #PHILIP B WILLETE CO LLA,    PO Box 26042,   Columbus, OH  43226-0042
518506889     +PORTOLIO RECOVERY ASS,    120 CORPORARE BBLVD STE 100,    Norfolk, VA 23502-4952
518506890     +PREMIER BKCARD/ FIRST PREMIER,    601 S MINNESOTA AVE,    SIOUX FALLS, SD 57104-4824
518506891     +PREMIER BKCRD/ FIRST PREMIER,    601 S MINNESOTA AVE,    SIOUX FALLS, SD 57104-4824
518506893      PRO BILL,    PO Box 2078,   Huntington, WV  25720-2078
518506894      PROFESSIONAL BUREAU OF COLLECTIONS,    PO Box 4157,   Greenwood Village, CO  80155-4157
518506895      PUBLISHERS CLEARING HOUSE,    PO Box 6344,   Harlan, IA  51593-1844
518614121      Pendrick Capital Partners II, LLC,    Peritus Portfolio Services II, LLC,    PO BOX 141419,
                IRVING, TX  75014-1419
518614119      Pendrick Capital Partners, LLC,    Peritus Portfolio Services II, LLC,    PO BOX 141419,
                IRVING, TX  75014-1419
518506896      QUEST DAIGNOSTICS,    PO Box 7308,   Hollister, MO  65673-7308
518506897      RADIUS GOLOBAL SOLUTION,    7831 Glenroy Rd Ste 250,    Edina, MN  55439-3117
518506898      REMEX,    307 Wall St,   Princeton, NJ  08540-1515
518506902      SAINT MICHAELS MEDICAL CENTER,    111 Central Ave,    Newark, NJ  07102-1909
518506903      SANTANDER/ CHRYSLER CAP,    PO Box 961275,   Fort Worth, TX  76161-0275
518506906      SYN COM,    5450 NW Central Dr Ste 220,    Houston, TX  77092-2061
518506907     +TRANSWORLS SYSTEM INC,    500 Virginia Dr Ste 514,    Fort Washington, PA 19034-2733
518506908      UHEAA/ CORNERSSTONE/AES,    PO BOX 610047,   Harrisburg, PA  17101
518506909      UHEAA/CORNERSTONE/AES,    PO Box 61047,   Harrisburg, PA  17106-1047
518506910      UNIVERSITY RADIOLOGY GROUP PC,    PO Box 1075,   East Brunswick, NJ  08816-1075
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 10 2020 00:34:47     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 10 2020 00:34:43     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
```

```
District/off: 0312-2           User: admin                  Page 2 of 3                   Date Rcvd: Mar 09, 2020
                               Form ID: 137                 Total Noticed: 93


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518506841      E-mail/Text: bankruptcies@amerassist.com Mar 10 2020 00:36:22      AMERASSIST AR SOLUTIONS,
                 445 Hutchinson Ave Ste 500,    Columbus, OH 43235-8616
518531073      E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 10 2020 00:35:00
                 American Honda Finance Corporation,    National Bankruptcy Center,   P.O. Box 168088,
                 Irving, TX 75016-8088
518506850      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 10 2020 00:29:18      CAPITAL ONE,
                 PO Box 30285,   Salt Lake City, UT 84130-0285
518506851      E-mail/Text: GenesisFS@ebn.phinsolutions.com Mar 10 2020 00:36:18      CB INDIGO /GF,
                 PO Box 4499,   Beaverton, OR 97076-4499
518506854      E-mail/Text: bankruptcy@certifiedcollection.com Mar 10 2020 00:34:29
                 CERTIFIED CREDIT & COLLECION BUREAU,    PO Box 1750,   Whitehouse Station, NJ 08889-1750
518506859     +E-mail/Text: convergent@ebn.phinsolutions.com Mar 10 2020 00:35:22      CONVERGENT,
                 800 SW 39th St Ste 100,    Renton, WA 98057-4927
518506860     +E-mail/Text: convergent@ebn.phinsolutions.com Mar 10 2020 00:35:22      CONVERGET OUTSOURCING,
                 800 SW 39th St,   Renton, WA 98057-4927
518506861     +E-mail/Text: bankruptcy@credencerm.com Mar 10 2020 00:35:41      CREDENCE,
                 17000 DALLAS PWKY STE 204,    Dallas, TX 75248-1940
518506862      E-mail/PDF: creditonebknotifications@resurgent.com Mar 10 2020 00:29:22      CREDIT ONE BANK,
                 PO Box 98875,   Las Vegas, NV 89193-8875
518506874      E-mail/Text: GenesisFS@ebn.phinsolutions.com Mar 10 2020 00:36:18      GENESIS FS CARD SERVICES,
                 PO Box 4477,   Beaverton, OR 97076-4401
518506876      E-mail/Text: bankruptcy@sccompanies.com Mar 10 2020 00:36:19      HOMEATFIVE,   1515 S 21st St,
                 Clinton, IA 52732-6676
518506880      E-mail/Text: SM-Rehab-Bankruptcies@selectmedical.com Mar 10 2020 00:36:08      KESSLER,
                 4716 Gettysburg Rd,    Mechanicsburg, PA 17055-4325
518506881      E-mail/Text: krivera@leadersfc.com Mar 10 2020 00:32:24      LEADERS FINANCIAL COMPANY,
                 21 Commerce Dr Fl 1,    Cranford, NJ 07016-3550
518572521      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 10 2020 00:30:03      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518506882      E-mail/Text: bankruptcy@sccompanies.com Mar 10 2020 00:32:10      MASSEYS,   PO Box 2822,
                 Monroe, WI 53566-8022
518535333      E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 10 2020 00:29:41      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
518560340     +E-mail/Text: bankruptcy@sccompanies.com Mar 10 2020 00:32:10      Massey's,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
518506887      E-mail/Text: info@phoenixfinancialsvcs.com Mar 10 2020 00:32:29
                 PHOENIX FINANCIAL SERVICES LLC,    8902 Otis Ave Ste 103A,   Indianapolis, IN 46216-1009
518506888      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 10 2020 00:29:24
                 PORTFOLIO RECOVERY ASSOCIATES,    120 Corporate Blvd Ste 100,   Norfolk, VA 23502-4952
518582260      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 10 2020 00:30:00
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank (usa), N.a.,   POB 41067,
                 Norfolk VA 23541
518582336      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 10 2020 00:29:59
                 Portfolio Recovery Associates, LLC,    c/o New York & Company,   POB 41067,   Norfolk VA 23541
518506892      E-mail/Text: legal@pims-inc.com Mar 10 2020 00:35:15      PRINCETON PATHOLOGY SERVICES PA,
                 5755 Hoover Blvd,   Tampa, FL 33634-5340
518612486      E-mail/Text: bnc-quantum@quantum3group.com Mar 10 2020 00:34:34
                 Quantum3 Group LLC as agent for,    GPCC I LLC,   PO Box 788,   Kirkland, WA 98083-0788
518614512      E-mail/Text: bnc-quantum@quantum3group.com Mar 10 2020 00:34:34
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
518506900      E-mail/Text: bankruptcy@savit.com Mar 10 2020 00:36:03      SA-VIT COLLECTION AGENCY,
                 46 W Ferris St,   East Brunswick, NJ 08816-2159
518506901      E-mail/Text: ebn@rwjbh.org Mar 10 2020 00:35:23      SAINT BARNABAS MED CENTER,   PO Box 903,
                 Oceanport, NJ 07757-0903
518506904      E-mail/Text: jennifer.chacon@spservicing.com Mar 10 2020 00:36:16
                 SELECT PORTFOLIO SERVICING,    3217 Decker Lake Dr,   West Valley City, UT 84119-3284
518506905      E-mail/Text: bankruptcy@sw-credit.com Mar 10 2020 00:34:48      SOUTHWEST CREDIT,
                 4120 International Pkwy Ste 1100,    Carrollton, TX 75007-1958
518613858     +E-mail/Text: bncmail@w-legal.com Mar 10 2020 00:35:00      Select Medical,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVE., STE 400,   SEATTLE, WA 98121-3132
518518524     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 10 2020 00:41:13      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518506911      E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 10 2020 00:32:15
                 VERIZON,   PO Box 650584,   Dallas, TX 75265-0584
518602100     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 10 2020 00:41:24      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518506912      E-mail/Text: bnc-bluestem@quantum3group.com Mar 10 2020 00:35:34      WEBBANK,
                 6250 Ridgewood Rd,   Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 35

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Garden Savings Federal Credit Union,    c.o Peter J. Liska, LLC,   766 Shrewsbury Ave.,
               Tinton Falls, NJ 07724-3001
518506852*    CB INDIGO/ GF,   PO Box 4499,   Beaverton, OR 97076-4499
518720977*   +New Jersey Turnpike Authority,   Mark Schneider, Esq.,   1 Turnpike Plaza, P.O. Box 5042,
               Woodbridge, NJ 07095-5042
518506899*    REMEX INC,   307 Wall St,   Princeton, NJ 08540-1515
```

```
District/off: 0312-2              User: admin                  Page 3 of 3                 Date Rcvd: Mar 09, 2020
                                  Form ID: 137                 Total Noticed: 93

             ***** BYPASSED RECIPIENTS (continued) *****
518613863*     +Select Medical,   C/O WEINSTEIN & RILEY, PS,   2001 WESTERN AVE., STE 400,
                SEATTLE, WA 98121-3132
                                                                              TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2020 at the address(es) listed below:
              Allison J. Kiffin    on behalf of Creditor   Garden Savings Federal Credit Union
               collections@peterliska.com
              Edward   Hanratty    on behalf of Debtor MARCUS N BRITTLE
               thanratty@centralnewjerseybankruptcylawyer.com, aaguirre@centralnewjerseybankruptcylawyer.com
              Edward   Hanratty    on behalf of Joint Debtor SHANTE GLORIA ROSE
               thanratty@centralnewjerseybankruptcylawyer.com, aaguirre@centralnewjerseybankruptcylawyer.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, on
               behalf of the holders of the J.P. Morgan Mortgage Et Al... rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6