# THE LAW OFFICE OF EDWARD HANRATTY

**Edward Hanratty, Esq.**
 Admitted in NJ,PA,WV

www.centralnewjerseybankruptcylawyer.com

80 Court Street
Freehold, NJ 07728
Tel:732-866-6655
Fax: 732-734-0651

March 10, 2020

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Road Suite 330
Fairfield, NJ 07004
***Regular Mail & ECF***

Marcus Brittle & Shante Rose
447 S. Clinton Street
East Orange, NJ 07018
***Regular Mail***

  Re: Marcus Brittle & Shante Rose
  Docket No.: 19-29288
  *Fee Application*

Please be advised that the adjourned Fee Application hearing in this matter has been rescheduled to **April 7, 2020 at 2:30 PM at the Newark US Bankruptcy Court located at 50 Walnut Street #3017, Newark, NJ 07102**. If you wish to contest the motion you must file with the office of the Clerk of the Bankruptcy Court, and serve the undersigned, within seven (7) days in advance of the aforesaid hearing.

Should you have any questions or concerns, please do not hesitate to contact our office.

           Very yours truly,

           EDWARD HANRATTY, ESQ.
EH/aa              For the firm