ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Agent for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN MORTGAGE ACQUISITION TRUST 2007-CH5 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-CH5

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW JERSEY - NEWARK DIVISION

| | |
|---|---|
| In Re: | Case No. 19-29288-SLM-CMG |
| MARCUS N BRITTLE and SHANTE GLORIA ROSE AKA SHANTE BRITTLE, | Chapter 13 |
| SSN: XXX-XX-7240 SSN: XXX-XX-4994 | |
| Debtor(s). | |

**REQUEST FOR SPECIAL NOTICE AND SERVICE OF COPIES**

TO:   UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that ALDRIDGE PITE, LLP submits this Request for Special Notice and Service of Copies, for Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH5 Asset Backed Pass-Through Certificates, Series 2007-CH5 and hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

ALDRIDGE PITE, LLP, submits this Request for Notice and Service of Copies as agent for

Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH5 Asset Backed Pass-Through Certificates, Series 2007-CH5 and not as counsel of record. The filing of this Request for Notice and Service of Copies should not be construed as an appearance pursuant to D.N.J. LBR 2090-1.

ALDRIDGE PITE, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

> Bryan S. Fairman
> ALDRIDGE PITE, LLP
> 4375 Jutland Drive, Suite 200
> P.O. Box 17933
> San Diego, CA 92177-0933

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

a.  Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

b.  Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004. This Request for Special Notice shall not operate as a confession and/or concession of jurisdiction. Moreover, the within party does not authorize ALDRIDGE PITE, LLP, either expressly or impliedly through ALDRIDGE PITE, LLP's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

c.  Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

d.  Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

    e. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

Dated: March 18, 2020        ALDRIDGE PITE, LLP

                  /s/ Bryan S. Fairman
                  Bryan S. Fairman
                  ALDRIDGE PITE, LLP
                  4375 Jutland Dr., Suite 200
                  P.O. Box 17933
                  San Diego, CA 92117-0933
                  Telephone: (858) 750 7600
                  Facsimile: (619) 590-1385
                  bfairman@aldridgepite.com

* May account for service by fax or other means as authorized by the court through the issuance of an Order

| Name/Address | Role | Method |
|---|---|---|
| Edward Hanratty, Esq.<br>80 Court St.<br>Freehold, NJ 07728<br>732-301-4649<br>Email: thanratty@centralnewjerseybankruptcylawyer | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004<br>magecf@magtrustee.com | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

Shortening Time.

Attachment Page

☒ am the secretary/paralegal for _____Bryan S. Fairman_____, agent for the Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH5 Asset Backed Pass-Through Certificates, Series 2007-CH5, secured creditor in the above captioned matter.