Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−29288−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| MARCUS N BRITTLE<br>447 S Clinton St<br>Fl 1<br>East Orange, NJ 07018−2403 | SHANTE GLORIA ROSE<br>aka Shante Brittle<br>447 S Clinton St<br>Fl 1<br>East Orange, NJ 07018−2403 |

Social Security No.:
  xxx−xx−7240                                                  xxx−xx−4994

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 10/10/2020 and a confirmation hearing on such Plan has been scheduled for 12/11/19 @ 8:30 a.m..

The debtor filed a Modified Plan on 4/24/2020 and a confirmation hearing on the Modified Plan is scheduled for 5/27/2020 @ 8:30 a.m.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: April 29, 2020
JAN: smz

                                                                                               Jeanne Naughton
                                                                                               Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey

In re:                                                          Case No. 19-29288-SLM
MARCUS N BRITTLE                                                Chapter 13
SHANTE GLORIA ROSE
      Debtors                       CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin                Page 1 of 3            Date Rcvd: Apr 29, 2020
                             Form ID: 186               Total Noticed: 95


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2020.
db/jdb          MARCUS N BRITTLE,    SHANTE GLORIA ROSE,    447 S Clinton St,    Fl 1,
                 East Orange, NJ 07018-2403
cr             +ALDRIDGE PITE, LLP,    Attn: Bryan S. Fairman,    4375 Jutland Drive, Suite 200,    P.O. Box 17933,
                 San Diego, CA 92177-7921
518506838       ADS/ COMENITY/NY & CO,    PO Box 182789,   Columbus, OH 43218-2789
518506839      +AFFILIATE ASSET SOLUTIONS LLC,    145 Technology Pkwy Ste 100,
                 Peachtree Corners, GA 30092-3536
518506840       ALTANTIC AMBULANCE CORP,    PO Box 949,   Matawan, NJ 07747-0949
518506842      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court: AMERICAN HONDA FINANCE CORP,     201 Little Falls Dr,
                 Wilmington, DE 19808-1674)
518506843       AMERIFINANCIAL SOLUTIONS,    PO Box 602570,    Charlotte, NC 28260-2570
518506845      +AR RESOURCE INC,    1777 SENTRY PWK W,   Blue Bell, PA 19422-2207
518506844       AR RESOURCE INC,    1777 Sentry Pkwy W,   Blue Bell, PA 19422-2207
518506846       AR RESOURCES INC,    PO Box 1056,   Blue Bell, PA 19422-0287
518506847       ATLANTIC AMBUANCE CORP,    PO Box 949,   Matawan, NJ 07747-0949
518621029      +BARNABAS HEALTH MEDICAL GROUP,    CCCB,   PO BOX 1750,    WHITEHOUSE STATION, NJ 08889-1750
518506848       BCA FINANCIAL SERVICES INC,    18001 Old Cutler Rd Ste 462,    Miami, FL 33157-6437
518506849       CAPITAL BANKK,    PO Box 539,   Horsham, PA 19044-0539
518506853       CBCS,   PO Box 2589,    Columbus, OH 43216-2589
518506855       CES/ACS/BANK OF AMERICA,    PO Box 182789,    Columbus, OH 43218-2789
518506857       COMMONWEALTH FINANCIAL SYSTEMS,    245 Main St,    Scranton, PA 18519-1641
518506858       CONSTAR FINANCIAL SERVICE,    10400 N 25th Ave Ste 100,    Phoenix, AZ 85021-1610
518627840      +Chrysler Capital,    P.O. Box 961275,   Fort Worth, TX 76161-0275
518506863       DEPT OF ED/582/ NELNET,    PO Box 173904,   Denver, CO 80217-3904
518506864       DERMATOLOGY AND SKIN SURGERY CENTER,    205 Ridgedale Ave Ste 4,    Florham Park, NJ 07932-1349
518506865       DIVYA BHATIA, MD,    201 Lyons Ave Ste 3,   Newark, NJ 07112-2027
518506866       EAST ORANGE GENERAL HOSPITAL,    PO Box 9800,    Coral Springs, FL 33075-0800
518506867       EMA,   PO Box 6251,    Parsippany, NJ 07054-7251
518506868       EOS/CCA,    PO Box 981002,   Boston, MA 02298-1002
518506869       ESSEX PHYSICIANS GROUP LLC,    PO Box 14099,   Belfast, ME 04915-4034
518506870       EZPASS,   PO Box 4971,    Trenton, NJ 08650-4971
518506871       FINANCIAL RECOVERIES,    PO Box 1388,   Mount Laurel, NJ 08054-7388
518506872      +GARDEN SAVING FCU,    129 Littleton Rd,   Parsippany, NJ 07054-1897
518506873       GATEWAY EMERGENCY SRVC,    PO Box 80009,   Philadelphia, PA 19101-1009
518586296      +Garden Savings Federal Credit Union,    c/o Peter J. Liska, LLC,    766 Shrewsbury Avenue,
                 Tinton Falls, NJ 07724-3001
518506875       HEART CENTER O THE ORANGES IM 310,    PO Box 767,    South Orange, NJ 07079-0767
518506877      +HORIZON,   3 Penn Plz E,    Newark, NJ 07105-2200
518506878       IC SYSTEMS,    PO Box 64437,   Saint Paul, MN 55164-0437
518506879       IMAGING CONSULTANTS OF ESSEX,    PO Box 3247,   Indianapolis, IN 46206-3247
518506883       MERRICK BANK CORP,    PO BOX 92001,   Old Bethpage, NY 11804
518506884       MRS BPO LLC,    1930 Olney Ave,   Cherry Hill, NJ 08003-2016
518506885       NBIMC FAMILY HEALH CENTER,    PO Box 8000,   Buffalo, NY 14267-0002
518624266      +New Jersey Turnpike Authority,    Mark Schneider, Esq.,    1 Turnpike Plaza, P.O. Box 5042,
                 Woodbridge, NJ 07095-5042
518506886       #PHILIP B WILLETE CO LLA,    PO Box 26042,   Columbus, OH 43226-0042
518506889      +PORTOLIO RECOVERY ASS,    120 CORPORARE BBLVD STE 100,    Norfolk, VA 23502-4952
518506890      +PREMIER BKCARD/ FIRST PREMIER,    601 S MINNESOTA AVE,    SIOUX FALLS, SD 57104-4824
518506891      +PREMIER BKCRD/ FIRST PREMIER,    601 S MINNESOTA AVE,    SIOUX FALLS, SD 57104-4824
518506893       PRO BILL,    PO Box 2078,   Huntington, WV 25720-2078
518506894       PROFESSIONAL BUREAU OF COLLECTIONS,    PO Box 4157,   Greenwood Village, CO 80155-4157
518506895       PUBLISHERS CLEARING HOUSE,    PO Box 6344,   Harlan, IA 51593-1844
518614121       Pendrick Capital Partners II, LLC,    Peritus Portfolio Services II, LLC,    PO BOX 141419,
                 IRVING, TX 75014-1419
518614119       Pendrick Capital Partners, LLC,    Peritus Portfolio Services II, LLC,    PO BOX 141419,
                 IRVING, TX 75014-1419
518506896       QUEST DAIGNOSTICS,    PO Box 7308,   Hollister, MO 65673-7308
518506897       RADIUS GOLOBAL SOLUTION,    7831 Glenroy Rd Ste 250,    Edina, MN 55439-3117
518506898       REMEX,    307 Wall St,   Princeton, NJ 08540-1515
518506902       SAINT MICHAELS MEDICAL CENTER,    111 Central Ave,   Newark, NJ 07102-1909
518506903       SANTANDER/ CHRYSLER CAP,    PO Box 961275,   Fort Worth, TX 76161-0275
518506906       SYN COM,    5450 NW Central Dr Ste 220,   Houston, TX 77092-2061
518506907      +TRANSWORLS SYSTEM INC,    500 Virginia Dr Ste 514,   Fort Washington, PA 19034-2733
518506908       UHEAA/ CORNERSSTONE/AES,    PO BOX 610047,   Harrisburg, PA 17101
518506909       UHEAA/CORNERSTONE/AES,    PO Box 61047,   Harrisburg, PA 17106-1047
518506910       UNIVERSITY RADIOLOGY GROUP PC,    PO Box 1075,   East Brunswick, NJ 08816-1075
```

```
District/off: 0312-2            User: admin                   Page 2 of 3                  Date Rcvd: Apr 29, 2020
                                Form ID: 186                  Total Noticed: 95


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 29 2020 22:36:48      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 29 2020 22:36:45      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518506841        E-mail/Text: bankruptcies@amerassist.com Apr 29 2020 22:37:28      AMERASSIST AR SOLUTIONS,
                 445 Hutchinson Ave Ste 500,    Columbus, OH 43235-8616
518531073        E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 29 2020 22:36:53
                 American Honda Finance Corporation,    National Bankruptcy Center,   P.O. Box 168088,
                 Irving, TX 75016-8088
518506850        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 29 2020 22:33:58      CAPITAL ONE,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
518506851        E-mail/Text: GenesisFS@ebn.phinsolutions.com Apr 29 2020 22:37:25      CB INDIGO /GF,
                 PO Box 4499,    Beaverton, OR 97076-4499
518506854        E-mail/Text: bankruptcy@certifiedcollection.com Apr 29 2020 22:36:38
                 CERTIFIED CREDIT & COLLECION BUREAU,    PO Box 1750,   Whitehouse Station, NJ 08889-1750
518506859       +E-mail/Text: convergent@ebn.phinsolutions.com Apr 29 2020 22:37:00      CONVERGENT,
                 800 SW 39th St Ste 100,    Renton, WA 98057-4927
518506860       +E-mail/Text: convergent@ebn.phinsolutions.com Apr 29 2020 22:37:00      CONVERGET OUTSOURCING,
                 800 SW 39th St,    Renton, WA 98057-4927
518506861       +E-mail/Text: bankruptcy@credencerm.com Apr 29 2020 22:37:14      CREDENCE,
                 17000 DALLAS PWKY STE 204,    Dallas, TX 75248-1940
518506862        E-mail/PDF: creditonebknotifications@resurgent.com Apr 29 2020 22:34:03      CREDIT ONE BANK,
                 PO Box 98875,    Las Vegas, NV 89193-8875
518766435        E-mail/Text: jennifer.chacon@spservicing.com Apr 29 2020 22:37:24
                 Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
518506874        E-mail/Text: GenesisFS@ebn.phinsolutions.com Apr 29 2020 22:37:25      GENESIS FS CARD SERVICES,
                 PO Box 4477,    Beaverton, OR 97076-4401
518506876        E-mail/Text: bankruptcy@sccompanies.com Apr 29 2020 22:37:25      HOMEATFIVE,   1515 S 21st St,
                 Clinton, IA 52732-6676
518506856        E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 29 2020 22:33:35      CHASE MTG,  P,
                 PO Box 24696,    Columbus, OH 43224-0696
518506880        E-mail/Text: SM-Rehab-Bankruptcies@selectmedical.com Apr 29 2020 22:37:23      KESSLER,
                 4716 Gettysburg Rd,    Mechanicsburg, PA 17055-4325
518506881        E-mail/Text: krivera@leadersfc.com Apr 29 2020 22:35:58      LEADERS FINANCIAL COMPANY,
                 21 Commerce Dr Fl 1,    Cranford, NJ 07016-3550
518572521        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 29 2020 22:44:59      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518506882        E-mail/Text: bankruptcy@sccompanies.com Apr 29 2020 22:35:45      MASSEYS,   PO Box 2822,
                 Monroe, WI 53566-8022
518535333        E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 29 2020 22:33:56      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
518560340       +E-mail/Text: bankruptcy@sccompanies.com Apr 29 2020 22:35:45      Massey's,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
518506887        E-mail/Text: info@phoenixfinancialsvcs.com Apr 29 2020 22:36:02
                 PHOENIX FINANCIAL SERVICES LLC,    8902 Otis Ave Ste 103A,   Indianapolis, IN 46216-1009
518506888        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 29 2020 22:34:27
                 PORTFOLIO RECOVERY ASSOCIATES,    120 Corporate Blvd Ste 100,   Norfolk, VA 23502-4952
518582260        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 29 2020 22:34:27
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank (usa), N.a.,   POB 41067,
                 Norfolk VA 23541
518582336        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 29 2020 22:34:02
                 Portfolio Recovery Associates, LLC,    c/o New York & Company,   POB 41067,   Norfolk VA 23541
518506892        E-mail/Text: legal@pims-inc.com Apr 29 2020 22:36:58      PRINCETON PATHOLOGY SERVICES PA,
                 5755 Hoover Blvd,    Tampa, FL 33634-5340
518612486        E-mail/Text: bnc-quantum@quantum3group.com Apr 29 2020 22:36:39
                 Quantum3 Group LLC as agent for,    GPCC I LLC,   PO Box 788,   Kirkland, WA 98083-0788
518614512        E-mail/Text: bnc-quantum@quantum3group.com Apr 29 2020 22:36:39
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
518506900        E-mail/Text: bankruptcy@savit.com Apr 29 2020 22:37:21      SA-VIT COLLECTION AGENCY,
                 46 W Ferris St,    East Brunswick, NJ 08816-2159
518506901        E-mail/Text: ebn@rwjbh.org Apr 29 2020 22:37:02      SAINT BARNABAS MED CENTER,   PO Box 903,
                 Oceanport, NJ 07757-0903
518506904        E-mail/Text: jennifer.chacon@spservicing.com Apr 29 2020 22:37:24
                 SELECT PORTFOLIO SERVICING,    3217 Decker Lake Dr,   West Valley City, UT 84119-3284
518506905        E-mail/Text: bankruptcy@sw-credit.com Apr 29 2020 22:36:48      SOUTHWEST CREDIT,
                 4120 International Pkwy Ste 1100,    Carrollton, TX 75007-1958
518613858       +E-mail/Text: bncmail@w-legal.com Apr 29 2020 22:36:53      Select Medical,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVE., STE 400,   SEATTLE, WA 98121-3132
518518524       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 29 2020 22:45:34      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518506911        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 29 2020 22:35:46
                 VERIZON,   PO Box 650584,    Dallas, TX 75265-0584
518602100       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 29 2020 22:45:03      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
```

```
District/off: 0312-2          User: admin                Page 3 of 3              Date Rcvd: Apr 29, 2020
                              Form ID: 186               Total Noticed: 95
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
518506912         E-mail/Text: bnc-bluestem@quantum3group.com Apr 29 2020 22:37:09      WEBBANK,
                  6250 Ridgewood Rd,   Saint Cloud, MN  56303-0820
                                                                                             TOTAL: 37

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +Garden Savings Federal Credit Union,   c.o Peter J. Liska, LLC,   766 Shrewsbury Ave.,
                  Tinton Falls, NJ 07724-3001
518506852*        CB INDIGO/ GF,   PO Box 4499,   Beaverton, OR  97076-4499
518720977*       +New Jersey Turnpike Authority,   Mark Schneider, Esq.,   1 Turnpike Plaza, P.O. Box 5042,
                  Woodbridge, NJ 07095-5042
518506899*        REMEX INC,   307 Wall St,   Princeton, NJ  08540-1515
518613863*       +Select Medical,   C/O WEINSTEIN & RILEY, PS,   2001 WESTERN AVE., STE 400,
                  SEATTLE, WA 98121-3132
                                                                                   TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2020 at the address(es) listed below:
```
          Allison J. Kiffin    on behalf of Creditor    Garden Savings Federal Credit Union
           collections@peterliska.com
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on
           behalf of the holders of the J.P. Morgan Mortgage Et Al... dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Edward  Hanratty    on behalf of Debtor MARCUS N BRITTLE
           thanratty@centralnewjerseybankruptcylawyer.com,    aaguirre@centralnewjerseybankruptcylawyer.com
          Edward  Hanratty    on behalf of Joint Debtor SHANTE GLORIA ROSE
           thanratty@centralnewjerseybankruptcylawyer.com,    aaguirre@centralnewjerseybankruptcylawyer.com
          Marie-Ann Greenberg     magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on
           behalf of the holders of the J.P. Morgan Mortgage Et Al... rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```