**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0** Valuation of Security   **0** Assumption of Executory Contract or Unexpired Lease   **0** Lien Avoidance

Last Revised September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

IN RE:                                                        Case No. _____

                                                              Judge _____

**BRITTLE, MARCUS N & ROSE, SHANTE GLORIA**
                    Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

[ ] Original              [ x ] Modified/Notice Required        Date: April 21**, 2020**

[ ] Motions Included      [ ] Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

[ ] DOES **[X]** DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

**[X]** DOES [ ] DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

[ ] DOES **[X]** DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: _____        Initial Debtor: **MNB**        Initial Co-Debtor: **SGR**

**Part 1: Payment and Length of Plan**

a.   The debtor shall pay $ 1,000.**00** per **month** to the Chapter 13 Trustee, starting on ___**6/1/2020**___ for approximately **52** months.

b.   The debtor shall make plan payments to the Trustee from the following sources:
   **[X]** Future Earnings
   **[ ]** Other sources of funding (describe source, amount and date when funds are available):

c.   Use of real property to satisfy plan obligations:
   **[ ]** Sale of real property
      Description:
      Proposed date for completion: _____

   **[ ]** Refinance of real property
      Description:
      Proposed date for completion: _____

   **[ ]** Loan modification with respect to mortgage encumbering property
      Description:
      Proposed date for completion: _____

d.   **[ ]** The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.   **[ ]** Other information that may be important relating to the payment and length of plan:

**Part 2: Adequate Protection [X] NONE**

a. Adequate protection payments will be made in the amount of $ **None** to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to _____ (creditor).

**Part 3: Priority Claims (Including Administrative Expenses)**

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
|  |  |  |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
**[X]** None
**[ ]** The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| None |  |  |  |

**Part 4: Secured Claims**

**a. Curing Default and Maintaining Payments on Principal Residence: [X]NONE**

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| SPS | Residence | 14,628.20 | 0 | 14,628.20 | as agreed |
| SPS | RESIDENCE (POST PETITION ARREARS) | 6704.36 | 0 | 6704.36 | AS AGREED |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: [X] NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| None | | | | | |

**c. Secured claims excluded from 11 U.S.C. 506: [ ] NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments [X] NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|

3

| None | | | | | | | |
|------|--|--|--|--|--|--|--|

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender [X] NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|----------|------------------------------|---------------------------------|--------------------------|
| None | | | |

**f. Secured Claims Unaffected by the Plan [X] NONE**

The following secured claims are unaffected by the Plan:
**None**

**g. Secured Claims to Be Paid in Full Through the Plan [ ] NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|----------|------------|------------------------------------------|
| **GARDEN SAVING FCU** | **2016 Kia Sorento FWD** | **25,111.20** |

## Part 5: Unsecured Claims [ ] NONE

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

___ Not less than $ _____ to be distributed *pro rata*
___ Not less than _____ percent
 **X**  *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured Claims** shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|----------|-----------------------------------|-----------|-------------------|
| None | | | |

## Part 6: Executory Contracts and Unexpired Leases [X] NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|----------|------------------------------|------------------------------|---------------------|-----------------------|
| None | | | | |

## Part 7: Motions [ ] NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   **a. Motion to Avoid Liens under 11 U.S.C. Section 522(f).** [ ] **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |

   **b. Motion to Void Liens and Reclassify Claim from Secured to Completely Unsecured.** [X] **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| None | | | | | | |

   **c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** [ ] **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

### Part 8: Other Plan Provisions

   **a. Vesting of Property of the Estate**

     **_X_** Upon Confirmation
     ___ Upon Discharge

   **b. Payment Notices**

Creditors and Lessors provided for in Sections 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

   **c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) **Trustee Commissions**
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

   **d. Post-petition claims** The Standing Trustee **[ ]** is, **[X]** is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9: Modification [ ] NONE**

If this plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _April 21**, 2020**_

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified. |
|---|---|
| TREAT MORTGAGE POST-PETITION ARREARS | TREAT MORTGAGE POST-PETITION ARREARS |

Are Schedules I and J being filed simultaneously with this Modified Plan?  **[ ]** Yes  **[X]** No

**Part 10: Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

**[X]** NONE
**[ ]** Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, Chapter 13 Plan and Motions, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: _April 21**, 2020**_    /s/ MARCUS BRITTLE
                              Debtor

Date: _April 21**, 2020**_    /s/ SHANTE ROSE
                              Joint Debtor

Date: _April 21**, 2020**_

/s/ EDWARD HANRATTY
Attorney for the Debtor(s)

Case 19-29288-SLM    Doc 63    Filed 05/01/20    Entered 05/02/20 00:19:48    Desc Imaged
Certificate of Notice    Page 7 of 10

/s/ EDWARD HANRATTY
Attorney for the Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-29288-SLM
MARCUS N BRITTLE                                                    Chapter 13
SHANTE GLORIA ROSE
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 3          Date Rcvd: Apr 29, 2020
                            Form ID: pdf901          Total Noticed: 95

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2020.
```
db/jdb         MARCUS N BRITTLE,    SHANTE GLORIA ROSE,    447 S Clinton St,    Fl 1,
                East Orange, NJ  07018-2403
cr            +ALDRIDGE PITE, LLP,    Attn: Bryan S. Fairman,    4375 Jutland Drive, Suite 200,    P.O. Box 17933,
                San Diego, CA 92177-7921
518506838      ADS/ COMENITY/NY & CO,    PO Box 182789,    Columbus, OH  43218-2789
518506839     +AFFILIATE ASSET SOLUTIONS LLC,    145 Technology Pkwy Ste 100,
                Peachtree Corners, GA 30092-3536
518506840      ALTANTIC AMBULANCE CORP,    PO Box 949,    Matawan, NJ  07747-0949
518506842    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: AMERICAN HONDA FINANCE CORP,    201 Little Falls Dr,
                Wilmington, DE  19808-1674)
518506843      AMERIFINANCIAL SOLUTIONS,    PO Box 602570,    Charlotte, NC  28260-2570
518506845     +AR RESOURCE INC,    1777 SENTRY PWK W,    Blue Bell, PA 19422-2207
518506844      AR RESOURCE INC,    1777 Sentry Pkwy W,    Blue Bell, PA  19422-2207
518506846      AR RESOURCES INC,    PO Box 1056,    Blue Bell, PA  19422-0287
518506847      ATLANTIC AMBUANCE CORP,    PO Box 949,    Matawan, NJ  07747-0949
518621029     +BARNABAS HEALTH MEDICAL GROUP,    CCCB,    PO BOX 1750,    WHITEHOUSE STATION, NJ 08889-1750
518506848      BCA FINANCIAL SERVICES INC,    18001 Old Cutler Rd Ste 462,    Miami, FL  33157-6437
518506849      CAPITAL BANKK,    PO Box 539,    Horsham, PA  19044-0539
518506853      CBCS,    PO Box 2589,    Columbus, OH  43216-2589
518506855      CES/ACS/BANK OF AMERICA,    PO Box 182789,    Columbus, OH  43218-2789
518506857      COMMONWEALTH FINANCIAL SYSTEMS,    245 Main St,    Scranton, PA  18519-1641
518506858      CONSTAR FINANCIAL SERVICE,    10400 N 25th Ave Ste 100,    Phoenix, AZ  85021-1610
518627840     +Chrysler Capital,    P.O. Box 961275,    Fort Worth, TX 76161-0275
518506863      DEPT OF ED/582/ NELNET,    PO Box 173904,    Denver, CO  80217-3904
518506864      DERMATOLOGY AND SKIN SURGERY CENTER,    205 Ridgedale Ave Ste 4,    Florham Park, NJ  07932-1349
518506865      DIVYA BHATIA, MD,    201 Lyons Ave Ste 3,    Newark, NJ  07112-2027
518506866      EAST ORANGE GENERAL HOSPITAL,    PO Box 9800,    Coral Springs, FL  33075-0800
518506867      EMA,    PO Box 6251,    Parsippany, NJ  07054-7251
518506868      EOS/CCA,    PO Box 981002,    Boston, MA  02298-1002
518506869      ESSEX PHYSICIANS GROUP LLC,    PO Box 14099,    Belfast, ME  04915-4034
518506870      EZPASS,    PO Box 4971,    Trenton, NJ  08650-4971
518506871      FINANCIAL RECOVERIES,    PO Box 1388,    Mount Laurel, NJ  08054-7388
518506872     +GARDEN SAVING FCU,    129 Littleton Rd,    Parsippany, NJ 07054-1897
518506873      GATEWAY EMERGENCY SRVC,    PO Box 80009,    Philadelphia, PA  19101-1009
518586296     +Garden Savings Federal Credit Union,    c/o Peter J. Liska, LLC,    766 Shrewsbury Avenue,
                Tinton Falls, NJ 07724-3001
518506875      HEART CENTER O THE ORANGES IM 310,    PO Box 767,    South Orange, NJ  07079-0767
518506877     +HORIZON,    3 Penn Plz E,    Newark, NJ  07105-2200
518506878      IC SYSTEMS,    PO Box 64437,    Saint Paul, MN  55164-0437
518506879      IMAGING CONSULTANTS OF ESSEX,    PO Box 3247,    Indianapolis, IN  46206-3247
518506883      MERRICK BANK CORP,    PO BOX 92001,    Old Bethpage, NY  11804
518506884      MRS BPO LLC,    1930 Olney Ave,    Cherry Hill, NJ  08003-2016
518506885      NBIMC FAMILY HEALH CENTER,    PO Box 8000,    Buffalo, NY  14267-0002
518624266     +New Jersey Turnpike Authority,    Mark Schneider, Esq.,    1 Turnpike Plaza, P.O. Box 5042,
                Woodbridge, NJ 07095-5042
518506886     #PHILIP B WILLETE CO LLA,    PO Box 26042,    Columbus, OH  43226-0042
518506889     +PORTOLIO RECOVERY ASS,    120 CORPORARE BBLVD STE 100,    Norfolk, VA 23502-4952
518506890     +PREMIER BKCARD/ FIRST PREMIER,    601 S MINNESOTA AVE,    SIOUX FALLS, SD 57104-4824
518506891     +PREMIER BKCRD/ FIRST PREMIER,    601 S MINNESOTA AVE,    SIOUX FALLS, SD 57104-4824
518506893      PRO BILL,    PO Box 2078,    Huntington, WV  25720-2078
518506894      PROFESSIONAL BUREAU OF COLLECTIONS,    PO Box 4157,    Greenwood Village, CO  80155-4157
518506895      PUBLISHERS CLEARING HOUSE,    PO Box 6344,    Harlan, IA  51593-1844
518614121      Pendrick Capital Partners II, LLC,    Peritus Portfolio Services II, LLC,    PO BOX 141419,
                IRVING, TX  75014-1419
518614119      Pendrick Capital Partners, LLC,    Peritus Portfolio Services II, LLC,    PO BOX 141419,
                IRVING, TX  75014-1419
518506896      QUEST DAIGNOSTICS,    PO Box 7308,    Hollister, MO  65673-7308
518506897      RADIUS GOLOBAL SOLUTION,    7831 Glenroy Rd Ste 250,    Edina, MN  55439-3117
518506898      REMEX,    307 Wall St,    Princeton, NJ  08540-1515
518506902      SAINT MICHAELS MEDICAL CENTER,    111 Central Ave,    Newark, NJ  07102-1909
518506903      SANTANDER/ CHRYSLER CAP,    PO Box 961275,    Fort Worth, TX  76161-0275
518506906      SYN COM,    5450 NW Central Dr Ste 220,    Houston, TX  77092-2061
518506907     +TRANSWORLS SYSTEM INC,    500 Virginia Dr Ste 514,    Fort Washington, PA 19034-2733
518506908      UHEAA/ CORNERSSTONE/AES,    PO BOX 610047,    Harrisburg, PA  17101
518506909      UHEAA/CORNERSTONE/AES,    PO Box 61047,    Harrisburg, PA  17106-1047
518506910      UNIVERSITY RADIOLOGY GROUP PC,    PO Box 1075,    East Brunswick, NJ  08816-1075
```

```
District/off: 0312-2          User: admin              Page 2 of 3              Date Rcvd: Apr 29, 2020
                              Form ID: pdf901          Total Noticed: 95


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 29 2020 22:36:48      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 29 2020 22:36:45      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518506841        E-mail/Text: bankruptcies@amerassist.com Apr 29 2020 22:37:29      AMERASSIST AR SOLUTIONS,
                 445 Hutchinson Ave Ste 500,    Columbus, OH 43235-8616
518531073        E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 29 2020 22:36:53
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
518506850        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 29 2020 22:33:36      CAPITAL ONE,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
518506851        E-mail/Text: GenesisFS@ebn.phinsolutions.com Apr 29 2020 22:37:25      CB INDIGO /GF,
                 PO Box 4499,    Beaverton, OR 97076-4499
518506854        E-mail/Text: bankruptcy@certifiedcollection.com Apr 29 2020 22:36:38
                 CERTIFIED CREDIT & COLLECION BUREAU,    PO Box 1750,   Whitehouse Station, NJ 08889-1750
518506859       +E-mail/Text: convergent@ebn.phinsolutions.com Apr 29 2020 22:37:00      CONVERGENT,
                 800 SW 39th St Ste 100,    Renton, WA 98057-4927
518506860       +E-mail/Text: convergent@ebn.phinsolutions.com Apr 29 2020 22:37:00      CONVERGET OUTSOURCING,
                 800 SW 39th St,    Renton, WA 98057-4927
518506861       +E-mail/Text: bankruptcy@credencerm.com Apr 29 2020 22:37:14      CREDENCE,
                 17000 DALLAS PWKY STE 204,    Dallas, TX 75248-1940
518506862        E-mail/PDF: creditonebknotifications@resurgent.com Apr 29 2020 22:34:03      CREDIT ONE BANK,
                 PO Box 98875,    Las Vegas, NV 89193-8875
518766435        E-mail/Text: jennifer.chacon@spservicing.com Apr 29 2020 22:37:24
                 Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
518506874        E-mail/Text: GenesisFS@ebn.phinsolutions.com Apr 29 2020 22:37:25      GENESIS FS CARD SERVICES,
                 PO Box 4477,    Beaverton, OR 97076-4401
518506876        E-mail/Text: bankruptcy@sccompanies.com Apr 29 2020 22:37:25      HOMEATFIVE,    1515 S 21st St,
                 Clinton, IA 52732-6676
518506856        E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 29 2020 22:33:34      CHASE MTG,    P,
                 PO Box 24696,    Columbus, OH 43224-0696
518506880        E-mail/Text: SM-Rehab-Bankruptcies@selectmedical.com Apr 29 2020 22:37:23      KESSLER,
                 4716 Gettysburg Rd,    Mechanicsburg, PA 17055-4325
518506881        E-mail/Text: krivera@leadersfc.com Apr 29 2020 22:35:58      LEADERS FINANCIAL COMPANY,
                 21 Commerce Dr Fl 1,    Cranford, NJ 07016-3550
518572521        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 29 2020 22:34:31      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518506882        E-mail/Text: bankruptcy@sccompanies.com Apr 29 2020 22:35:46      MASSEYS,    PO Box 2822,
                 Monroe, WI 53566-8022
518535333        E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 29 2020 22:34:01      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
518560340       +E-mail/Text: bankruptcy@sccompanies.com Apr 29 2020 22:35:46      Massey’s,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
518506887        E-mail/Text: info@phoenixfinancialsvcs.com Apr 29 2020 22:36:02
                 PHOENIX FINANCIAL SERVICES LLC,    8902 Otis Ave Ste 103A,   Indianapolis, IN 46216-1009
518506888        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 29 2020 22:33:38
                 PORTFOLIO RECOVERY ASSOCIATES,    120 Corporate Blvd Ste 100,   Norfolk, VA 23502-4952
518582260        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 29 2020 22:44:55
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank (usa), N.a.,   POB 41067,
                 Norfolk VA 23541
518582336        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 29 2020 22:33:39
                 Portfolio Recovery Associates, LLC,    c/o New York & Company,    POB 41067,   Norfolk VA 23541
518506892        E-mail/Text: legal@pims-inc.com Apr 29 2020 22:36:58      PRINCETON PATHOLOGY SERVICES PA,
                 5755 Hoover Blvd,    Tampa, FL 33634-5340
518612486        E-mail/Text: bnc-quantum@quantum3group.com Apr 29 2020 22:36:40
                 Quantum3 Group LLC as agent for,    GPCC I LLC,   PO Box 788,    Kirkland, WA 98083-0788
518614512        E-mail/Text: bnc-quantum@quantum3group.com Apr 29 2020 22:36:40
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA 98083-0788
518506900        E-mail/Text: bankruptcy@savit.com Apr 29 2020 22:37:21      SA-VIT COLLECTION AGENCY,
                 46 W Ferris St,    East Brunswick, NJ 08816-2159
518506901        E-mail/Text: ebn@rwjbh.org Apr 29 2020 22:37:02      SAINT BARNABAS MED CENTER,    PO Box 903,
                 Oceanport, NJ 07757-0903
518506904        E-mail/Text: jennifer.chacon@spservicing.com Apr 29 2020 22:37:24
                 SELECT PORTFOLIO SERVICING,    3217 Decker Lake Dr,   West Valley City, UT 84119-3284
518506905        E-mail/Text: bankruptcy@sw-credit.com Apr 29 2020 22:36:48      SOUTHWEST CREDIT,
                 4120 International Pkwy Ste 1100,    Carrollton, TX 75007-1958
518613858       +E-mail/Text: bncmail@w-legal.com Apr 29 2020 22:36:53      Select Medical,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVE., STE 400,   SEATTLE, WA 98121-3132
518518524       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 29 2020 22:45:03      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518506911        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 29 2020 22:35:48
                 VERIZON,    PO Box 650584,    Dallas, TX 75265-0584
518602100       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 29 2020 22:45:18      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
```

```
District/off: 0312-2           User: admin                Page 3 of 3                   Date Rcvd: Apr 29, 2020
                               Form ID: pdf901            Total Noticed: 95
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518506912         E-mail/Text: bnc-bluestem@quantum3group.com Apr 29 2020 22:37:09      WEBBANK,
                 6250 Ridgewood Rd,    Saint Cloud, MN  56303-0820
                                                                                               TOTAL: 37

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Garden Savings Federal Credit Union,   c.o Peter J. Liska, LLC,   766 Shrewsbury Ave.,
               Tinton Falls, NJ 07724-3001
518506852*    CB INDIGO/ GF,   PO Box 4499,   Beaverton, OR  97076-4499
518720977*   +New Jersey Turnpike Authority,   Mark Schneider, Esq.,   1 Turnpike Plaza, P.O. Box 5042,
               Woodbridge, NJ 07095-5042
518506899*    REMEX INC,   307 Wall St,   Princeton, NJ  08540-1515
518613863*   +Select Medical,   C/O WEINSTEIN & RILEY, PS,   2001 WESTERN AVE., STE 400,
               SEATTLE, WA 98121-3132
                                                                              TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2020 at the address(es) listed below:
         Allison J. Kiffin    on behalf of Creditor    Garden Savings Federal Credit Union
          collections@peterliska.com
         Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on
          behalf of the holders of the J.P. Morgan Mortgage Et Al... dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Edward  Hanratty    on behalf of Debtor MARCUS N BRITTLE
          thanratty@centralnewjerseybankruptcylawyer.com,    aaguirre@centralnewjerseybankruptcylawyer.com
         Edward  Hanratty    on behalf of Joint Debtor SHANTE GLORIA ROSE
          thanratty@centralnewjerseybankruptcylawyer.com,    aaguirre@centralnewjerseybankruptcylawyer.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on
          behalf of the holders of the J.P. Morgan Mortgage Et Al... rsolarz@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```