**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

| | | |
|---|---|---|
| Joseph D. Petrolino, Jr.<br>Staff Attorney<br><br>Brian M. Knapp<br>Staff Attorney | 30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br><br>Phone 973-227-2840<br>Fax 973-227-3272 | For Payments Only:<br><br>PO BOX 520<br>MEMPHIS, TN  38101-0520 |

May 29, 2020

**Re: Standing Trustee's Notice of Distribution**
    **Case No: 19-29288**

On May 27, 2020 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF MAY 29, 2020

#### Chapter 13 Case # 19-29288

Atty:  EDWARD HANRATTY

Re:  MARCUS N BRITTLE
 SHANTE GLORIA ROSE
 447 S CLINTON ST
 FL 1
 EAST ORANGE, NJ  07018-2403

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $55,065.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/01/2019 | $133.00 | 6295829000 | 01/27/2020 | $133.00 | 6503093000 |
| 02/10/2020 | $266.00 | 6547468000 | 03/06/2020 | $133.00 | 6620158000 |
| 04/02/2020 | $800.00 | 6682955000 | 05/05/2020 | $800.00 | 6768460000 |

**Total Receipts: $2,265.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $2,265.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 194.59 | |
| ATTY | ATTORNEY | ADMIN | 1,398.93 | 100.00% | 0.00 | 1,398.93 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,298.39 | * | 0.00 | |
| 0002 | AFFILIATE ASSET SOLUTIONS LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | ALTANTIC AMBULANCE CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | AMERASSIST AR SOLUTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | AMERICAN HONDA FINANCE CORPORAT | UNSECURED | 5,704.71 | * | 0.00 | |
| 0006 | PENDRICK CAPITAL PARTNERS, LLC | UNSECURED | 968.00 | * | 0.00 | |
| 0007 | AR RESOURCE INC | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | AR RESOURCE INC | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | AR RESOURCES INC | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | BCA FINANCIAL SERVICES INC | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CAPITAL BANKK | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 534.20 | * | 0.00 | |
| 0014 | CB INDIGO /GF | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | CB INDIGO/ GF | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | CBCS | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | CERTIFIED CREDIT & COLLECION BUREA | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | CES/ACS/BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0019 | CHASE MTG | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | COMMONWEALTH FINANCIAL SYSTEMS | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | CONSTAR FINANCIAL SERVICE | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | CONVERGENT | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | CONVERGET OUTSOURCING | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | CREDENCE | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | CREDIT ONE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | DEPT OF ED/582/ NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | DERMATOLOGY AND SKIN SURGERY CEI | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | DIVYA BHATIA, MD | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | EAST ORANGE GENERAL HOSPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | EMA | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | EOS/CCA | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | ESSEX PHYSICIANS GROUP LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | EZPASS | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | FINANCIAL RECOVERIES | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | GARDEN SAVINGS FCU | VEHICLE SECURE | 25,111.20 | 100.00% | 0.00 | |
| 0036 | PENDRICK CAPITAL PARTNERS, LLC | UNSECURED | 582.00 | * | 0.00 | |
| 0037 | GENESIS FS CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | HEART CENTER O THE ORANGES IM 310 | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | HOMEATFIVE | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | HORIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | IC SYSTEMS | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | IMAGING CONSULTANTS OF ESSEX | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | KESSLER | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | LEADERS FINANCIAL COMPANY | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | MASSEYS | UNSECURED | 937.89 | * | 0.00 | |
| 0046 | MERRICK BANK | UNSECURED | 1,449.05 | * | 0.00 | |
| 0047 | MRS BPO LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | NBIMC FAMILY HEALH CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | PHOENIX FINANCIAL SERVICES LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | PORTFOLIO RECOVERY ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,168.13 | * | 0.00 | |
| 0053 | PREMIER BKCARD/ FIRST PREMIER | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | PREMIER BKCRD/ FIRST PREMIER | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | PRINCETON PATHOLOGY SERVICES PA | UNSECURED | 0.00 | * | 0.00 | |
| 0056 | PRO BILL | UNSECURED | 0.00 | * | 0.00 | |
| 0057 | PROFESSIONAL BUREAU OF COLLECTIO | UNSECURED | 0.00 | * | 0.00 | |
| 0058 | PUBLISHERS CLEARING HOUSE | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | QUEST DAIGNOSTICS | UNSECURED | 0.00 | * | 0.00 | |
| 0060 | RADIUS GOLOBAL SOLUTION | UNSECURED | 0.00 | * | 0.00 | |
| 0061 | REMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0062 | REMEX INC | UNSECURED | 0.00 | * | 0.00 | |
| 0063 | SA-VIT COLLECTION AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0064 | SAINT BARNABAS MED CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0065 | SAINT MICHAELS MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0066 | SANTANDER CONSUMER USA, INC. | UNSECURED | 16,844.03 | * | 0.00 | |
| 0067 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 14,628.20 | 100.00% | 0.00 | |
| 0068 | SOUTHWEST CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0069 | SYN COM | UNSECURED | 0.00 | * | 0.00 | |
| 0070 | TRANSWORLS SYSTEM INC | UNSECURED | 0.00 | * | 0.00 | |
| 0072 | UHEAA/ CORNERSSTONE/AES | UNSECURED | 0.00 | * | 0.00 | |
| 0073 | UHEAA/CORNERSTONE/AES | UNSECURED | 0.00 | * | 0.00 | |
| 0074 | UNIVERSITY RADIOLOGY GROUP PC | UNSECURED | 0.00 | * | 0.00 | |
| 0075 | VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0076 | WEBBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0079 | PREMIER BKCARD/ FIRST PREMIER | UNSECURED | 0.00 | * | 0.00 | |
| 0080 | PORTOLIO RECOVERY ASS | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 19-29288**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0081 | CREDIT ONE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0082 | ALTANTIC AMBULANCE CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0083 | T-MOBILE | UNSECURED | 2,389.02 | * | 0.00 | |
| 0084 | LVNV FUNDING LLC | UNSECURED | 1,125.34 | * | 0.00 | |
| 0085 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 1,759.14 | * | 0.00 | |
| 0086 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 1,154.62 | * | 0.00 | |
| 0087 | QUANTUM3 GROUP LLC | UNSECURED | 701.11 | * | 0.00 | |
| 0088 | QUANTUM3 GROUP LLC | UNSECURED | 774.03 | * | 0.00 | |
| 0089 | SELECT MEDICAL | UNSECURED | 305.87 | * | 0.00 | |
| 0090 | SELECT MEDICAL | UNSECURED | 173.30 | * | 0.00 | |
| 0091 | PENDRICK CAPITAL PARTNERS, LLC | UNSECURED | 414.00 | * | 0.00 | |
| 0092 | QUANTUM3 GROUP LLC | UNSECURED | 253.96 | * | 0.00 | |
| 0093 | BARNABAS HEALTH MEDICAL GROUP | UNSECURED | 364.67 | * | 0.00 | |
| 0094 | LVNV FUNDING LLC | UNSECURED | 1,046.50 | * | 0.00 | |
| 0095 | NEW JERSEY TURNPIKE AUTHORITY | UNSECURED | 15,269.75 | * | 0.00 | |
| 0096 | NEW JERSEY TURNPIKE AUTHORITY | UNSECURED | 60,153.65 | * | 0.00 | |
| 0097 | SELECT PORTFOLIO SERVICING INC | (NEW) MTG Agree | 11,732.63 | 100.00% | 0.00 | |

**Total Paid: $194.59**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: May 29, 2020.

Receipts: $2,265.00      -      Paid to Claims: $0.00      -      Admin Costs Paid: $194.59      =      Funds on Hand: $2,070.41

Base Plan Amount: $55,065.00      -      Receipts: $2,265.00      =      Total Unpaid Balance: **$52,800.00

**NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.