Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−29288−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   MARCUS N BRITTLE                              SHANTE GLORIA ROSE
   447 S Clinton St                                      aka Shante Brittle
   Fl 1                                                   447 S Clinton St
   East Orange, NJ 07018−2403                Fl 1
                                                   East Orange, NJ 07018−2403

Social Security No.:
   xxx−xx−7240                                      xxx−xx−4994

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/8/20 at 10:00 AM

to consider and act upon the following:

*73* − Application for Compensation for Edward Hanratty, Debtor's Attorney, period: to, fee: $710.00, expenses: $7.00. Filed by Edward Hanratty. Objection deadline is 6/12/2020. (Attachments: # 1 Exhibit a # 2 Exhibit # 3 Proposed Order) (Hanratty, Edward) Modified on 6/7/2020 (Heim, Robert). NO CERTIFICATE OF SERVICE ATTACHED.

*75* − Objection to Debtor(s) Attorney's Application for Compensation (related document:73 Application for Compensation for Edward Hanratty, Debtor's Attorney, period: to, fee: $710.00, expenses: $7.00. Filed by Edward Hanratty. Objection deadline is 6/12/2020. (Attachments: # 1 Exhibit a # 2 Exhibit # 3 Proposed Order) (Hanratty, Edward) Modified on 6/7/2020 (Heim, Robert). NO CERTIFICATE OF SERVICE ATTACHED. filed by Debtor MARCUS N BRITTLE) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 6/12/20

                                                        Jeanne Naughton
                                                        Clerk, U.S. Bankruptcy Court