**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

  MARCUS N BRITTLE
  SHANTE GLORIA ROSE

Order Filed on June 10, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  19-29288 SLM**

**Hearing Date:  5/27/2020**

**Judge:  STACEY L. MEISEL**

**Debtor is Entitled To Discharge**

## MODIFIED ORDER CONFIRMING PLAN

The relief set forth on the following pages is hereby ORDERED.

**DATED: June 10, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):        MARCUS N BRITTON
                  SHANTE GLORIA ROSE

Case No.:         19-29288 SLM

Caption of Order: MODIFIED ORDER CONFIRMING PLAN

---

  The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code and BAPCPA have been complied with and the bar date for the filing of claims has now expired; and for good cause shown, it is

- ORDERED, that the Order Confirming Plan entered on 05/27/2020 is hereby modified as a result of the expiration of the claims bar date and that commencing 11/01/2019 the Debtor shall pay the Standing Trustee the sum of $2,265.00 paid into date over 7 month(s), and then commencing 06/01/2020 the sum of $1,065.00 for a period of 53 month(s); and it is further

- ORDERED, that all other clauses of the Order Confirming Plan shall remain in full force and effect.

### CERTIFICATE OF MAILING

  I HEREBY CERTIFY that on _____, 20_____, a copy of the foregoing Order was served on each of the following:

Jeanne Naughton, Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-29288-SLM
MARCUS N BRITTLE                                                          Chapter 13
SHANTE GLORIA ROSE
            Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin           Page 1 of 1          Date Rcvd: Jun 10, 2020
                               Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2020.
db/jdb          MARCUS N BRITTLE,    SHANTE GLORIA ROSE,    447 S Clinton St,    Fl 1,
                East Orange, NJ  07018-2403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2020 at the address(es) listed below:
          Allison J. Kiffin   on behalf of Creditor   Garden Savings Federal Credit Union
          collections@peterliska.com
          Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, on
          behalf of the holders of the J.P. Morgan Mortgage Et Al... dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Edward Hanratty   on behalf of Debtor MARCUS N BRITTLE
          thanratty@centralnewjerseybankruptcylawyer.com,  aaguirre@centralnewjerseybankruptcylawyer.com
          Edward Hanratty   on behalf of Joint Debtor SHANTE GLORIA ROSE
          thanratty@centralnewjerseybankruptcylawyer.com,  aaguirre@centralnewjerseybankruptcylawyer.com
          Marie-Ann Greenberg   magecf@magtrustee.com
          Rebecca Ann Solarz   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, on
          behalf of the holders of the J.P. Morgan Mortgage Et Al... rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 7