Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−29288−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

MARCUS N BRITTLE
447 S Clinton St
Fl 1
East Orange, NJ 07018−2403

SHANTE GLORIA ROSE
aka Shante Brittle
447 S Clinton St
Fl 1
East Orange, NJ 07018−2403

Social Security No.:
xxx−xx−7240                                          xxx−xx−4994

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/8/20 at 10:00 AM

to consider and act upon the following:

*73* − Application for Compensation for Edward Hanratty, Debtor's Attorney, period: to, fee: $710.00, expenses: $7.00. Filed by Edward Hanratty. Objection deadline is 6/12/2020. (Attachments: # 1 Exhibit a # 2 Exhibit # 3 Proposed Order) (Hanratty, Edward) Modified on 6/7/2020 (Heim, Robert). NO CERTIFICATE OF SERVICE ATTACHED.

*75* − Objection to Debtor(s) Attorney's Application for Compensation (related document:73 Application for Compensation for Edward Hanratty, Debtor's Attorney, period: to, fee: $710.00, expenses: $7.00. Filed by Edward Hanratty. Objection deadline is 6/12/2020. (Attachments: # 1 Exhibit a # 2 Exhibit # 3 Proposed Order) (Hanratty, Edward) Modified on 6/7/2020 (Heim, Robert). NO CERTIFICATE OF SERVICE ATTACHED. filed by Debtor MARCUS N BRITTLE) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 6/12/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-29288-SLM
MARCUS N BRITTLE                                                      Chapter 13
SHANTE GLORIA ROSE
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin            Page 1 of 1            Date Rcvd: Jun 12, 2020
                                Form ID: ntchrgbk      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2020.
db          MARCUS N BRITTLE,    447 S Clinton St,    Fl 1,    East Orange, NJ  07018-2403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2020 at the address(es) listed below:
    Allison J. Kiffin    on behalf of Creditor    Garden Savings Federal Credit Union    collections@peterliska.com
    Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Edward Hanratty    on behalf of Debtor MARCUS N BRITTLE    thanratty@centralnewjerseybankruptcylawyer.com, aaguirre@centralnewjerseybankruptcylawyer.com
    Edward Hanratty    on behalf of Joint Debtor SHANTE GLORIA ROSE    thanratty@centralnewjerseybankruptcylawyer.com, aaguirre@centralnewjerseybankruptcylawyer.com
    Marie-Ann Greenberg    magecf@magtrustee.com
    Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... rsolarz@kmllawgroup.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 7