Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−29288−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| MARCUS N BRITTLE | SHANTE GLORIA ROSE |
| 447 S Clinton St | aka Shante Brittle |
| Fl 1 | 447 S Clinton St |
| East Orange, NJ 07018−2403 | Fl 1 |
| | East Orange, NJ 07018−2403 |

Social Security No.:
  xxx−xx−7240                                           xxx−xx−4994

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 8/12/20 at 10:00 AM

to consider and act upon the following:

*81* − Application for Compensation for Edward Hanratty, Debtor's Attorney, period: to, fee: $723.33, expenses: $9.45. Filed by Edward Hanratty. Objection deadline is 7/27/2020. (Attachments: # 1 Exhibit a # 2 Exhibit cover sheet # 3 Proposed Order) (Hanratty, Edward) Modified on 7/21/2020 (Heim, Robert). NO CERTIFICATE OF SERVICE ATTACHED.

*82* − Objection to Debtor(s) Attorney's Application for Compensation (related document:81 Application for Compensation for Edward Hanratty, Debtor's Attorney, period: to, fee: $723.33, expenses: $9.45. Filed by Edward Hanratty. Objection deadline is 7/27/2020. (Attachments: # 1 Exhibit a # 2 Exhibit cover sheet # 3 Proposed Order) (Hanratty, Edward) Modified on 7/21/2020 (Heim, Robert). NO CERTIFICATE OF SERVICE ATTACHED. filed by Debtor MARCUS N BRITTLE) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 7/22/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court