Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                              Case No.:  19−29288−SLM
                                              Chapter:  13
                                              Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| MARCUS N BRITTLE | SHANTE GLORIA ROSE |
| 447 S Clinton St | aka Shante Brittle |
| Fl 1 | 447 S Clinton St |
| East Orange, NJ 07018−2403 | Fl 1 |
| | East Orange, NJ 07018−2403 |

Social Security No.:
  xxx−xx−7240                                               xxx−xx−4994

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 6/9/21 at 10:00 AM

to consider and act upon the following:

**95** – Certification in Opposition to certification of default (related document:93 Creditor's Certification of Default (related document:53 Motion for Relief from Stay re: 447 South Clinton Street, East Orange, NJ, 07018. Fee Amount $ 181. filed by Creditor Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al..., 66 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al.... Objection deadline is 05/10/2021. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al...) filed by Edward Hanratty on behalf of MARCUS N BRITTLE. (Hanratty, Edward)

Dated: 5/10/21

                                                                                                       Jeanne Naughton
                                                                                                       Clerk, U.S. Bankruptcy Court