Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−29288−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

MARCUS N BRITTLE
447 S Clinton St
Fl 1
East Orange, NJ 07018−2403

SHANTE GLORIA ROSE
aka Shante Brittle
447 S Clinton St
Fl 1
East Orange, NJ 07018−2403

Social Security No.:
xxx−xx−7240                              xxx−xx−4994

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 6/9/21 at 10:00 AM

to consider and act upon the following:

*98* − Objection to Application for Retention of Professional (related document:96 Application For Retention of Professional m. caruso as real estate agent Filed by Edward Hanratty on behalf of MARCUS N BRITTLE. Objection deadline is 5/14/2021. (Attachments: # 1 Exhibit a # 2 Exhibit b # 3 Proposed Order) (Hanratty, Edward). NO CERTIFICATE OF SERVICE ATTACHED. Modified on 5/10/2021 (ntp). filed by Debtor MARCUS N BRITTLE) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 5/11/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court