# THE LAW OFFICE OF EDWARD HANRATTY

**Edward Hanratty, Esq.**                                                                 **80 Court Street**
 Admitted in NJ,PA,WV                                                          Freehold, NJ 07728
                                                                                                                      Tel:732-866-6655
**www.centralnewjerseybankruptcylawyer.com**                    Fax: 732-734-0651

June 4, 2021

Hon. Stacey L. Meisel, U.S.B.J.
United States Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street, 3rd Floor
Newark, NJ 07102
**Via: Electronic Court Filing**

        **Re: Marcus N. Brittle & Shante G. Rose**
        **Case No. 19-29288-SLM**
        **Reply to Trustee's Objection to the Application to Retain Realtor**

Your Honor:

     Please accept this letter as a response to the trustee's objection to the retention of professional presently pending before the court. The trustee objects that the proposed retention agreement for a realtor is an "exclusive" listing agreement. Further reading of the agreement the agreement indicates that while the listing as described as exclusive, in fact, it provides for compensation consistent with industry standards, should any realtor or agent procure a buyer for the listed property, and that industry standard compensation will be provided to that realtor or agent.

      This seems to address the trustee's objection to the application, and debtor asks that the application be granted.

                                                                  Very yours truly,

                                                                 **/s/ Edward Hanratty**
                                                                 EDWARD HANRATTY, ESQ.
                                                                 For the firm