Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−29288−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

MARCUS N BRITTLE
447 S Clinton St
Fl 1
East Orange, NJ 07018−2403

SHANTE GLORIA ROSE
aka Shante Brittle
447 S Clinton St
Fl 1
East Orange, NJ 07018−2403

Social Security No.:
   xxx−xx−7240                                          xxx−xx−4994

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 10, 2020.

On 06/08/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:            July 14, 2021
Time:            08:30 AM
Location:        Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3.  **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 8, 2021
JAN: sjp

Jeanne Naughton
Clerk

Case 19-29288-SLM    Doc 111    Filed 06/10/21    Entered 06/11/21 00:14:52    Desc
Imaged Certificate of Notice    Page 2 of 6

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-29288-SLM |
| MARCUS N BRITTLE | Chapter 13 |
| SHANTE GLORIA ROSE | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 08, 2021 | Form ID: 185 | Total Noticed: 95 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | MARCUS N BRITTLE, SHANTE GLORIA ROSE, 447 S Clinton St, Fl 1, East Orange, NJ 07018-2403 |
| cr | + | ALDRIDGE PITE, LLP, Attn: Bryan S. Fairman, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 518506838 | | ADS/ COMENITY/NY & CO, PO Box 182789, Columbus, OH 43218-2789 |
| 518506839 | + | AFFILIATE ASSET SOLUTIONS LLC, 145 Technology Pkwy Ste 100, Peachtree Corners, GA 30092-3536 |
| 518506840 | | ALTANTIC AMBULANCE CORP, PO Box 949, Matawan, NJ 07747-0949 |
| 518506842 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, AMERICAN HONDA FINANCE CORP, 201 Little Falls Dr, Wilmington, DE 19808-1674 |
| 518506843 | | AMERIFINANCIAL SOLUTIONS, PO Box 602570, Charlotte, NC 28260-2570 |
| 518506845 | + | AR RESOURCE INC, 1777 SENTRY PWK W, Blue Bell, PA 19422-2207 |
| 518506844 | + | AR RESOURCE INC, 1777 Sentry Pkwy W, Blue Bell, PA 19422-2207 |
| 518506846 | | AR RESOURCES INC, PO Box 1056, Blue Bell, PA 19422-0287 |
| 518506847 | | ATLANTIC AMBUANCE CORP, PO Box 949, Matawan, NJ 07747-0949 |
| 518621029 | + | BARNABAS HEALTH MEDICAL GROUP, CCCB, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 518506848 | | BCA FINANCIAL SERVICES INC, 18001 Old Cutler Rd Ste 462, Miami, FL 33157-6437 |
| 518506849 | | CAPITAL BANKK, PO Box 539, Horsham, PA 19044-0539 |
| 518506853 | | CBCS, PO Box 2589, Columbus, OH 43216-2589 |
| 518506855 | | CES/ACS/BANK OF AMERICA, PO Box 182789, Columbus, OH 43218-2789 |
| 518506857 | | COMMONWEALTH FINANCIAL SYSTEMS, 245 Main St, Scranton, PA 18519-1641 |
| 518506858 | | CONSTAR FINANCIAL SERVICE, 10400 N 25th Ave Ste 100, Phoenix, AZ 85021-1610 |
| 518627840 | + | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 518506863 | | DEPT OF ED/582/ NELNET, PO Box 173904, Denver, CO 80217-3904 |
| 518506864 | | DERMATOLOGY AND SKIN SURGERY CENTER, 205 Ridgedale Ave Ste 4, Florham Park, NJ 07932-1349 |
| 518506865 | | DIVYA BHATIA, MD, 201 Lyons Ave Ste 3, Newark, NJ 07112-2027 |
| 518766435 | | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518506866 | | EAST ORANGE GENERAL HOSPITAL, PO Box 9800, Coral Springs, FL 33075-0800 |
| 518506867 | | EMA, PO Box 6251, Parsippany, NJ 07054-7251 |
| 518506868 | | EOS/CCA, PO Box 981002, Boston, MA 02298-1002 |
| 518506869 | | ESSEX PHYSICIANS GROUP LLC, PO Box 14099, Belfast, ME 04915-4034 |
| 518506870 | | EZPASS, PO Box 4971, Trenton, NJ 08650-4971 |
| 518506871 | | FINANCIAL RECOVERIES, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 518506872 | + | GARDEN SAVING FCU, 129 Littleton Rd, Parsippany, NJ 07054-1897 |
| 518506873 | | GATEWAY EMERGENCY SRVC, PO Box 80009, Philadelphia, PA 19101-1009 |
| 518586296 | + | Garden Savings Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| 518506875 | | HEART CENTER O THE ORANGES IM 310, PO Box 767, South Orange, NJ 07079-0767 |
| 518506877 | + | HORIZON, 3 Penn Plz E, Newark, NJ 07105-2200 |
| 518506878 | | IC SYSTEMS, PO Box 64437, Saint Paul, MN 55164-0437 |
| 518506879 | | IMAGING CONSULTANTS OF ESSEX, PO Box 3247, Indianapolis, IN 46206-3247 |
| 518506883 | | MERRICK BANK CORP, PO BOX 92001, Old Bethpage, NY 11804 |
| 518506884 | | MRS BPO LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 518506885 | | NBIMC FAMILY HEALH CENTER, PO Box 8000, Buffalo, NY 14267-0002 |
| 518624266 | + | New Jersey Turnpike Authority, Mark Schneider, Esq., 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095-5042 |
| 518506889 | + | PORTOLIO RECOVERY ASS, 120 CORPORARE BBLVD STE 100, Norfolk, VA 23502-4952 |

| Recip ID | | Recipient |
|---|---|---|
| 518506890 | + | PREMIER BKCARD/ FIRST PREMIER, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104-4824 |
| 518506891 | + | PREMIER BKCRD/ FIRST PREMIER, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104-4824 |
| 518506893 | | PRO BILL, PO Box 2078, Huntington, WV 25720-2078 |
| 518506894 | | PROFESSIONAL BUREAU OF COLLECTIONS, PO Box 4157, Greenwood Village, CO 80155-4157 |
| 518506895 | | PUBLISHERS CLEARING HOUSE, PO Box 6344, Harlan, IA 51593-1844 |
| 518614121 | | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518614119 | | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518506896 | | QUEST DAIGNOSTICS, PO Box 7308, Hollister, MO 65673-7308 |
| 518506897 | | RADIUS GOLOBAL SOLUTION, 7831 Glenroy Rd Ste 250, Edina, MN 55439-3117 |
| 518506898 | | REMEX, 307 Wall St, Princeton, NJ 08540-1515 |
| 518506902 | | SAINT MICHAELS MEDICAL CENTER, 111 Central Ave, Newark, NJ 07102-1909 |
| 518506903 | | SANTANDER/ CHRYSLER CAP, PO Box 961275, Fort Worth, TX 76161-0275 |
| 518506904 | | SELECT PORTFOLIO SERVICING, 3217 Decker Lake Dr, West Valley City, UT 84119-3284 |
| 518506906 | | SYN COM, 5450 NW Central Dr Ste 220, Houston, TX 77092-2061 |
| 518506907 | + | TRANSWORLS SYSTEM INC, 500 Virginia Dr Ste 514, Fort Washington, PA 19034-2733 |
| 519071161 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 518506908 | | UHEAA/ CORNERSSTONE/AES, PO BOX 610047, Harrisburg, PA 17101 |
| 518506909 | | UHEAA/CORNERSTONE/AES, PO Box 61047, Harrisburg, PA 17106-1047 |
| 518506910 | | UNIVERSITY RADIOLOGY GROUP PC, PO Box 1075, East Brunswick, NJ 08816-1075 |

TOTAL: 60

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 08 2021 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 08 2021 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518506841 | | Email/Text: bankruptcies@amerassist.com | Jun 08 2021 21:08:00 | AMERASSIST AR SOLUTIONS, 445 Hutchinson Ave Ste 500, Columbus, OH 43235-8616 |
| 518531073 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 08 2021 21:08:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518506850 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 08 2021 21:06:03 | CAPITAL ONE, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518506851 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 08 2021 21:08:00 | CB INDIGO /GF, PO Box 4499, Beaverton, OR 97076-4499 |
| 518506854 | | Email/Text: bankruptcy@certifiedcollection.com | Jun 08 2021 21:07:00 | CERTIFIED CREDIT & COLLECION BUREAU, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518506859 | + | Email/Text: convergent@ebn.phinsolutions.com | Jun 08 2021 21:08:00 | CONVERGENT, 800 SW 39th St Ste 100, Renton, WA 98057-4927 |
| 518506860 | + | Email/Text: convergent@ebn.phinsolutions.com | Jun 08 2021 21:08:00 | CONVERGET OUTSOURCING, 800 SW 39th St, Renton, WA 98057-4927 |
| 518506861 | + | Email/Text: bankruptcy@credencerm.com | Jun 08 2021 21:08:00 | CREDENCE, 17000 DALLAS PWKY STE 204, Dallas, TX 75248-1940 |
| 518506862 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 08 2021 21:04:33 | CREDIT ONE BANK, PO Box 98875, Las Vegas, NV 89193-8875 |
| 518506874 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 08 2021 21:08:00 | GENESIS FS CARD SERVICES, PO Box 4477, Beaverton, OR 97076-4401 |
| 518506876 | | Email/Text: bankruptcy@sccompanies.com | Jun 08 2021 21:08:00 | HOMEATFIVE, 1515 S 21st St, Clinton, IA 52732-6676 |
| 518506856 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 08 2021 21:04:30 | CHASE MTG, P, PO Box 24696, Columbus, OH 43224-0696 |
| 518506880 | | Email/Text: SM-Rehab-Bankrupctcies@selectmedical.com | | |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 08, 2021 | Form ID: 185 | Total Noticed: 95 |

|  |  |  | |
|---|---|---|---|
| | | Jun 08 2021 21:08:00 | KESSLER, 4716 Gettysburg Rd, Mechanicsburg, PA 17055-4325 |
| 518506881 | Email/Text: krivera@leadersfc.com | Jun 08 2021 21:07:00 | LEADERS FINANCIAL COMPANY, 21 Commerce Dr Fl 1, Cranford, NJ 07016-3550 |
| 518572521 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2021 21:04:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518506882 | Email/Text: bankruptcy@sccompanies.com | Jun 08 2021 21:06:00 | MASSEYS, PO Box 2822, Monroe, WI 53566-8022 |
| 518535333 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 08 2021 21:04:25 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518560340 | + Email/Text: bankruptcy@sccompanies.com | Jun 08 2021 21:06:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518506887 | Email/Text: info@phoenixfinancialsvcs.com | Jun 08 2021 21:07:00 | PHOENIX FINANCIAL SERVICES LLC, 8902 Otis Ave Ste 103A, Indianapolis, IN 46216-1009 |
| 518506888 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 08 2021 21:04:37 | PORTFOLIO RECOVERY ASSOCIATES, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 518582260 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 08 2021 21:06:09 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518582336 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 08 2021 21:06:09 | Portfolio Recovery Associates, LLC, c/o New York & Company, POB 41067, Norfolk VA 23541 |
| 518506892 | Email/Text: legal@pims-inc.com | Jun 08 2021 21:08:00 | PRINCETON PATHOLOGY SERVICES PA, 5755 Hoover Blvd, Tampa, FL 33634-5340 |
| 518614512 | Email/Text: bnc-quantum@quantum3group.com | Jun 08 2021 21:07:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518612486 | Email/Text: bnc-quantum@quantum3group.com | Jun 08 2021 21:07:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518506900 | Email/Text: bankruptcy@savit.com | Jun 08 2021 21:08:00 | SA-VIT COLLECTION AGENCY, 46 W Ferris St, East Brunswick, NJ 08816-2159 |
| 518506901 | Email/Text: ebn@rwjbh.org | Jun 08 2021 21:08:00 | SAINT BARNABAS MED CENTER, PO Box 903, Oceanport, NJ 07757-0903 |
| 518506905 | Email/Text: bankruptcy@sw-credit.com | Jun 08 2021 21:08:00 | SOUTHWEST CREDIT, 4120 International Pkwy Ste 1100, Carrollton, TX 75007-1958 |
| 518613858 | + Email/Text: bncmail@w-legal.com | Jun 08 2021 21:08:00 | Select Medical, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 518518524 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 08 2021 21:04:46 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518506911 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 08 2021 21:06:00 | VERIZON, PO Box 650584, Dallas, TX 75265-0584 |
| 518602100 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 08 2021 21:04:46 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518506912 | Email/Text: bnc-bluestem@quantum3group.com | Jun 08 2021 21:08:00 | WEBBANK, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Garden Savings Federal Credit Union, c.o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 08, 2021 | Form ID: 185 | Total Noticed: 95 |

| | | |
|---|---|---|
| 518506852 | * | CB INDIGO/ GF, PO Box 4499, Beaverton, OR 97076-4499 |
| 518720977 | *+ | New Jersey Turnpike Authority, Mark Schneider, Esq., 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095-5042 |
| 518506899 | * | REMEX INC, 307 Wall St, Princeton, NJ 08540-1515 |
| 518613863 | *+ | Select Medical, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 518506886 | ## | PHILIP B WILLETE CO LLA, PO Box 26042, Columbus, OH 43226-0042 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allison J. Kiffin | on behalf of Creditor Garden Savings Federal Credit Union collections@peterliska.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward Hanratty | on behalf of Debtor MARCUS N BRITTLE thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Edward Hanratty | on behalf of Joint Debtor SHANTE GLORIA ROSE thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7