**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0** Valuation of Security   **0** Assumption of Executory Contract or Unexpired Lease   **0** Lien Avoidance

Last Revised August 1, 2020

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

IN RE:                                                                          Case No. _____

                                                                                 Judge _____

**BRITTLE, MARCUS N & ROSE, SHANTE GLORIA**
                    Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

[ ] Original                    [ X ] Modified/Notice Required              Date: **May 27, 2021**

[ ] Motions Included            [ ] Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

[ ] DOES **[X]** DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

[ ] DOES **[X]** DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

[ ] DOES **[X]** DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: **EH**        Initial Debtor: **MNB**        Initial Co-Debtor: **SGR**

## Part 1: Payment and Length of Plan

a. The debtor shall pay $ **750.00** per **month** to the Chapter 13 Trustee, starting on ___**7/1/2021**___ for approximately **40** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
   **[X]** Future Earnings
   **[ ]** Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
   **[ X ]** Sale of real property
      Description: **447 S. Clinton Street, East Orange, NJ 07018**
      Proposed date for completion: **90 Days After Confirmation**

   **[ ]** Refinance of real property
      Description:
      Proposed date for completion: _____

   **[ ]** Loan modification with respect to mortgage encumbering property
      Description:
      Proposed date for completion: _____

d. **[ ]** The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. **[ ]** Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection [X] NONE

a. Adequate protection payments will be made in the amount of $ **None** to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ __**1,681.00**__ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to **SPS** (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **District of New Jersey** | Administrative Expense | **0.00** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
**[X]** None
**[ ]** The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| **None** | | | |

## Part 4: Secured Claims

2

**a. Curing Default and Maintaining Payments on Principal Residence: [X]NONE**

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: [X] NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **None** |  |  |  |  |  |

**c. Secured claims excluded from 11 U.S.C. 506: [ ] NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments [X] NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| **None** |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim

3

shall discharge the corresponding lien.

**e. Surrender [X] NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **None** | | | |

**f. Secured Claims Unaffected by the Plan [X] NONE**

The following secured claims are unaffected by the Plan:
**None**

**g. Secured Claims to Be Paid in Full Through the Plan [ ] NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **GARDEN SAVING FCU** | **2016 Kia Sorento FWD** | **25,111.20** |

## Part 5: Unsecured Claims [ ] NONE

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

   ___ Not less than $ _____ to be distributed *pro rata*
   ___ Not less than _____ percent
   **X**  *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured Claims** shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| **None** | | | |

## Part 6: Executory Contracts and Unexpired Leases [X] NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| **None** | | | | |

## Part 7: Motions [ ] NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a. Motion to Avoid Liens under 11 U.S.C. Section 522(f). [ ] NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| **None** | | | | | | | |

**b. Motion to Void Liens and Reclassify Claim from Secured to Completely Unsecured. [X] NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| **None** | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured. [ ] NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

**Part 8: Other Plan Provisions**

**a. Vesting of Property of the Estate**

　**X**　Upon Confirmation
　___　Upon Discharge

**b. Payment Notices**

Creditors and Lessors provided for in Sections 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) **Trustee Commissions**
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

5

**d. Post-petition claims** The Standing Trustee **[ ]** is, **[X]** is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9: Modification [ ] NONE**

NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.

If this plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified:  **5/1/2021**

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified. |
|---|---|
| SALE OF REAL ESTATE PROPERTY | SALE OF REAL ESTATE PROPERTY |

Are Schedules I and J being filed simultaneously with this Modified Plan?  **[ ]** Yes **[X]** No

**Part 10: Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

**[X]** NONE
**[ ]** Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, Chapter 13 Plan and Motions, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: **May 27, 2021**            */s/ MARCUS N BRITTLE*
                                  Debtor

Date: **May 27, 2021**            */s/ SHANTE GLORIA ROSE*
                                  Joint Debtor

Date: **May 27, 2021**            */s/ Edward Hanratty*
                                  Attorney for the Debtor(s)

6

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-29288-SLM
MARCUS N BRITTLE  Chapter 13
SHANTE GLORIA ROSE
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 4
Date Rcvd: Jun 08, 2021  Form ID: pdf901  Total Noticed: 95

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | MARCUS N BRITTLE, SHANTE GLORIA ROSE, 447 S Clinton St, Fl 1, East Orange, NJ 07018-2403 |
| cr | + | ALDRIDGE PITE, LLP, Attn: Bryan S. Fairman, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 518506838 | | ADS/ COMENITY/NY & CO, PO Box 182789, Columbus, OH 43218-2789 |
| 518506839 | + | AFFILIATE ASSET SOLUTIONS LLC, 145 Technology Pkwy Ste 100, Peachtree Corners, GA 30092-3536 |
| 518506840 | | ALTANTIC AMBULANCE CORP, PO Box 949, Matawan, NJ 07747-0949 |
| 518506842 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, AMERICAN HONDA FINANCE CORP, 201 Little Falls Dr, Wilmington, DE 19808-1674 |
| 518506843 | | AMERIFINANCIAL SOLUTIONS, PO Box 602570, Charlotte, NC 28260-2570 |
| 518506845 | + | AR RESOURCE INC, 1777 SENTRY PWK W, Blue Bell, PA 19422-2207 |
| 518506844 | | AR RESOURCE INC, 1777 Sentry Pkwy W, Blue Bell, PA 19422-2207 |
| 518506846 | | AR RESOURCES INC, PO Box 1056, Blue Bell, PA 19422-0287 |
| 518506847 | | ATLANTIC AMBUANCE CORP, PO Box 949, Matawan, NJ 07747-0949 |
| 518621029 | + | BARNABAS HEALTH MEDICAL GROUP, CCCB, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 518506848 | | BCA FINANCIAL SERVICES INC, 18001 Old Cutler Rd Ste 462, Miami, FL 33157-6437 |
| 518506849 | | CAPITAL BANKK, PO Box 539, Horsham, PA 19044-0539 |
| 518506853 | | CBCS, PO Box 2589, Columbus, OH 43216-2589 |
| 518506855 | | CES/ACS/BANK OF AMERICA, PO Box 182789, Columbus, OH 43218-2789 |
| 518506857 | | COMMONWEALTH FINANCIAL SYSTEMS, 245 Main St, Scranton, PA 18519-1641 |
| 518506858 | | CONSTAR FINANCIAL SERVICE, 10400 N 25th Ave Ste 100, Phoenix, AZ 85021-1610 |
| 518627840 | + | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 518506863 | | DEPT OF ED/582/ NELNET, PO Box 173904, Denver, CO 80217-3904 |
| 518506864 | | DERMATOLOGY AND SKIN SURGERY CENTER, 205 Ridgedale Ave Ste 4, Florham Park, NJ 07932-1349 |
| 518506865 | | DIVYA BHATIA, MD, 201 Lyons Ave Ste 3, Newark, NJ 07112-2027 |
| 518766435 | | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518506866 | | EAST ORANGE GENERAL HOSPITAL, PO Box 9800, Coral Springs, FL 33075-0800 |
| 518506867 | | EMA, PO Box 6251, Parsippany, NJ 07054-7251 |
| 518506868 | | EOS/CCA, PO Box 981002, Boston, MA 02298-1002 |
| 518506869 | | ESSEX PHYSICIANS GROUP LLC, PO Box 14099, Belfast, ME 04915-4034 |
| 518506870 | | EZPASS, PO Box 4971, Trenton, NJ 08650-4971 |
| 518506871 | | FINANCIAL RECOVERIES, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 518506872 | + | GARDEN SAVING FCU, 129 Littleton Rd, Parsippany, NJ 07054-1897 |
| 518506873 | | GATEWAY EMERGENCY SRVC, PO Box 80009, Philadelphia, PA 19101-1009 |
| 518586296 | + | Garden Savings Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| 518506875 | | HEART CENTER O THE ORANGES IM 310, PO Box 767, South Orange, NJ 07079-0767 |
| 518506877 | + | HORIZON, 3 Penn Plz E, Newark, NJ 07105-2200 |
| 518506878 | | IC SYSTEMS, PO Box 64437, Saint Paul, MN 55164-0437 |
| 518506879 | | IMAGING CONSULTANTS OF ESSEX, PO Box 3247, Indianapolis, IN 46206-3247 |
| 518506883 | | MERRICK BANK CORP, PO BOX 92001, Old Bethpage, NY 11804 |
| 518506884 | | MRS BPO LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 518506885 | | NBIMC FAMILY HEALH CENTER, PO Box 8000, Buffalo, NY 14267-0002 |
| 518624266 | + | New Jersey Turnpike Authority, Mark Schneider, Esq., 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095-5042 |
| 518506889 | + | PORTOLIO RECOVERY ASS, 120 CORPORARE BBLVD STE 100, Norfolk, VA 23502-4952 |

Case 19-29288-SLM    Doc 112    Filed 06/10/21    Entered 06/11/21 00:14:52    Desc
Imaged Certificate of Notice    Page 8 of 10

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 08, 2021 | Form ID: pdf901 | Total Noticed: 95 |

| | | |
|---|---|---|
| 518506890 | + | PREMIER BKCARD/ FIRST PREMIER, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104-4824 |
| 518506891 | + | PREMIER BKCRD/ FIRST PREMIER, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104-4824 |
| 518506893 | | PRO BILL, PO Box 2078, Huntington, WV 25720-2078 |
| 518506894 | | PROFESSIONAL BUREAU OF COLLECTIONS, PO Box 4157, Greenwood Village, CO 80155-4157 |
| 518506895 | | PUBLISHERS CLEARING HOUSE, PO Box 6344, Harlan, IA 51593-1844 |
| 518614121 | | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518614119 | | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518506896 | | QUEST DAIGNOSTICS, PO Box 7308, Hollister, MO 65673-7308 |
| 518506897 | | RADIUS GOLOBAL SOLUTION, 7831 Glenroy Rd Ste 250, Edina, MN 55439-3117 |
| 518506898 | | REMEX, 307 Wall St, Princeton, NJ 08540-1515 |
| 518506902 | | SAINT MICHAELS MEDICAL CENTER, 111 Central Ave, Newark, NJ 07102-1909 |
| 518506903 | | SANTANDER/ CHRYSLER CAP, PO Box 961275, Fort Worth, TX 76161-0275 |
| 518506904 | | SELECT PORTFOLIO SERVICING, 3217 Decker Lake Dr, West Valley City, UT 84119-3284 |
| 518506906 | | SYN COM, 5450 NW Central Dr Ste 220, Houston, TX 77092-2061 |
| 518506907 | + | TRANSWORLS SYSTEM INC, 500 Virginia Dr Ste 514, Fort Washington, PA 19034-2733 |
| 519071161 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 518506908 | | UHEAA/ CORNERSSTONE/AES, PO BOX 610047, Harrisburg, PA 17101 |
| 518506909 | | UHEAA/CORNERSTONE/AES, PO Box 61047, Harrisburg, PA 17106-1047 |
| 518506910 | | UNIVERSITY RADIOLOGY GROUP PC, PO Box 1075, East Brunswick, NJ 08816-1075 |

TOTAL: 60

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 08 2021 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 08 2021 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518506841 | | Email/Text: bankruptcies@amerassist.com | Jun 08 2021 21:08:00 | AMERASSIST AR SOLUTIONS, 445 Hutchinson Ave Ste 500, Columbus, OH 43235-8616 |
| 518531073 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 08 2021 21:08:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518506850 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 08 2021 21:06:03 | CAPITAL ONE, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518506851 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 08 2021 21:08:00 | CB INDIGO /GF, PO Box 4499, Beaverton, OR 97076-4499 |
| 518506854 | | Email/Text: bankruptcy@certifiedcollection.com | Jun 08 2021 21:07:00 | CERTIFIED CREDIT & COLLECION BUREAU, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518506859 | + | Email/Text: convergent@ebn.phinsolutions.com | Jun 08 2021 21:08:00 | CONVERGENT, 800 SW 39th St Ste 100, Renton, WA 98057-4927 |
| 518506860 | + | Email/Text: convergent@ebn.phinsolutions.com | Jun 08 2021 21:08:00 | CONVERGET OUTSOURCING, 800 SW 39th St, Renton, WA 98057-4927 |
| 518506861 | + | Email/Text: bankruptcy@credencerm.com | Jun 08 2021 21:08:00 | CREDENCE, 17000 DALLAS PWKY STE 204, Dallas, TX 75248-1940 |
| 518506862 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 08 2021 21:04:33 | CREDIT ONE BANK, PO Box 98875, Las Vegas, NV 89193-8875 |
| 518506874 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 08 2021 21:08:00 | GENESIS FS CARD SERVICES, PO Box 4477, Beaverton, OR 97076-4401 |
| 518506876 | | Email/Text: bankruptcy@sccompanies.com | Jun 08 2021 21:08:00 | HOMEATFIVE, 1515 S 21st St, Clinton, IA 52732-6676 |
| 518506856 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 08 2021 21:06:02 | CHASE MTG, P, PO Box 24696, Columbus, OH 43224-0696 |
| 518506880 | | Email/Text: SM-Rehab-Bankrupctcies@selectmedical.com | | |

Case 19-29288-SLM    Doc 112    Filed 06/10/21    Entered 06/11/21 00:14:52    Desc
Imaged Certificate of Notice    Page 9 of 10

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 08, 2021 | Form ID: pdf901 | Total Noticed: 95 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 08 2021 21:08:00 | KESSLER, 4716 Gettysburg Rd, Mechanicsburg, PA 17055-4325 |
| 518506881 | | Email/Text: krivera@leadersfc.com | Jun 08 2021 21:07:00 | LEADERS FINANCIAL COMPANY, 21 Commerce Dr Fl 1, Cranford, NJ 07016-3550 |
| 518572521 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2021 21:04:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518506882 | | Email/Text: bankruptcy@sccompanies.com | Jun 08 2021 21:06:00 | MASSEYS, PO Box 2822, Monroe, WI 53566-8022 |
| 518535333 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 08 2021 21:05:58 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518560340 | + | Email/Text: bankruptcy@sccompanies.com | Jun 08 2021 21:06:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518506887 | | Email/Text: info@phoenixfinancialsvcs.com | Jun 08 2021 21:07:00 | PHOENIX FINANCIAL SERVICES LLC, 8902 Otis Ave Ste 103A, Indianapolis, IN 46216-1009 |
| 518506888 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 08 2021 21:04:37 | PORTFOLIO RECOVERY ASSOCIATES, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 518582260 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 08 2021 21:04:37 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518582336 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 08 2021 21:06:10 | Portfolio Recovery Associates, LLC, c/o New York & Company, POB 41067, Norfolk VA 23541 |
| 518506892 | | Email/Text: legal@pims-inc.com | Jun 08 2021 21:08:00 | PRINCETON PATHOLOGY SERVICES PA, 5755 Hoover Blvd, Tampa, FL 33634-5340 |
| 518614512 | | Email/Text: bnc-quantum@quantum3group.com | Jun 08 2021 21:07:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518612486 | | Email/Text: bnc-quantum@quantum3group.com | Jun 08 2021 21:07:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518506900 | | Email/Text: bankruptcy@savit.com | Jun 08 2021 21:08:00 | SA-VIT COLLECTION AGENCY, 46 W Ferris St, East Brunswick, NJ 08816-2159 |
| 518506901 | | Email/Text: ebn@rwjbh.org | Jun 08 2021 21:08:00 | SAINT BARNABAS MED CENTER, PO Box 903, Oceanport, NJ 07757-0903 |
| 518506905 | | Email/Text: bankruptcy@sw-credit.com | Jun 08 2021 21:08:00 | SOUTHWEST CREDIT, 4120 International Pkwy Ste 1100, Carrollton, TX 75007-1958 |
| 518613858 | + | Email/Text: bncmail@w-legal.com | Jun 08 2021 21:08:00 | Select Medical, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 518518524 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 08 2021 21:04:46 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518506911 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 08 2021 21:06:00 | VERIZON, PO Box 650584, Dallas, TX 75265-0584 |
| 518602100 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 08 2021 21:06:18 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518506912 | | Email/Text: bnc-bluestem@quantum3group.com | Jun 08 2021 21:08:00 | WEBBANK, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | \*+ | Garden Savings Federal Credit Union, c.o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |

| | | |
|---|---|---|
| 518506852 | * | CB INDIGO/ GF, PO Box 4499, Beaverton, OR 97076-4499 |
| 518720977 | *+ | New Jersey Turnpike Authority, Mark Schneider, Esq., 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095-5042 |
| 518506899 | * | REMEX INC, 307 Wall St, Princeton, NJ 08540-1515 |
| 518613863 | *+ | Select Medical, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 518506886 | ## | PHILIP B WILLETE CO LLA, PO Box 26042, Columbus, OH 43226-0042 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allison J. Kiffin | on behalf of Creditor Garden Savings Federal Credit Union collections@peterliska.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward Hanratty | on behalf of Debtor MARCUS N BRITTLE thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Edward Hanratty | on behalf of Joint Debtor SHANTE GLORIA ROSE thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7