UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

MARCUS N BRITTLE and SHANTE GLORIA
ROSE

Order Filed on August 3, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.: _____ 19-29288 _____

Chapter: _____ 13 _____

Judge: _____ Stacey L. Meisel _____

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE
### (For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19)

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

— **DATED: August 3, 2021**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of  Edward Hanratty for the debtors            for a reduction of time for a hearing on  Motion to Sell Property Free and Clear of Liens under Section 363(f).Property   under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on  August 9, 2021            at  9:00am    in the United States Bankruptcy Court,  50 Walnut St., Newark, NJ 07102                          , Courtroom No.  3A    .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:  Ch. 13 Trustee, Secured Creditors and their Counsel (if known), affected parties and any party  having filed a notice of appearance.

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:  All other creditors.

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

4. Service must be made:  **by August 4, 2021.**

☐ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:  **by August 4, 2021**

☐ is not required

☒ must be provided to   Ch. 13 Trustee & Secured Creditors (counsels if known)

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.


7. Any objections to said motion/application identified above:

    ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail

      _____ ~~day(s) prior to the scheduled hearing; or~~ **by Friday, August 6, 2021 by 3:00 P.M.**

    ☐ may be presented orally at the hearing in the manner prescribed below.


8.  For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

    ☐ Parties are directed to make arrangements to appear telephonically via Court
       Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

    ☒ Other:

> No oral argument if objections are not filed.

*rev.3/23/20*