UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 19-29288 |
| MARCUS BRITTLE & SHANTE ROSE | Chapter: | 13 |
| | Judge: | SLM |

## NOTICE OF PROPOSED PRIVATE SALE

MARCUS BRITTLE & SHANT, __DEBTOR__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | United States Bankruptcy Court, District of New Jersey |
|---|---|
| | Martin Luther King, Jr. |
| | Federal Building |
| | 50 Walnut Street |
| | Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable __Michael B, Kaplan__ on __September 8, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3A__, __50 Walnut Street Newark, NJ 07102__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:   447 S CLINTON STREET, EAST ORANGE, NJ 07018

Proposed Purchaser:   Otis Archer Trustee of the S. Clinton Trust

Sale price:  $280,000.00

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Corrado Giancaspro/Liberty Realty | Riley & Gutman, LLC/ Real EstateAt |
|---|---|
| Amount to be paid: | 5% of Purchase Price | $1,375.00 Fee |
| Services rendered: | Court Approved Realtor | Court Approved Real Estate Attorney for for Debtors | Debtors |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:   Edward Hanratty, Esq. (052151997)

Address:   80 Court Street, Freehold, NJ 07728

Telephone No.:   (732)866-6655

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-29288-SLM |
| MARCUS N BRITTLE | Chapter 13 |
| SHANTE GLORIA ROSE | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 03, 2021 | Form ID: pdf905 | Total Noticed: 96 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | MARCUS N BRITTLE, SHANTE GLORIA ROSE, 447 S Clinton St, Fl 1, East Orange, NJ 07018-2403 |
| aty | + | MICHAEL GUTMAN, 31 WEST MAIN STREET, FREEHOLD, NJ 07728-2463 |
| cr | + | ALDRIDGE PITE, LLP, Attn: Bryan S. Fairman, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 518506838 | | ADS/ COMENITY/NY & CO, PO Box 182789, Columbus, OH 43218-2789 |
| 518506839 | + | AFFILIATE ASSET SOLUTIONS LLC, 145 Technology Pkwy Ste 100, Peachtree Corners, GA 30092-3536 |
| 518506840 | | ALTANTIC AMBULANCE CORP, PO Box 949, Matawan, NJ 07747-0949 |
| 518506842 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, AMERICAN HONDA FINANCE CORP, 201 Little Falls Dr, Wilmington, DE 19808-1674 |
| 518506843 | | AMERIFINANCIAL SOLUTIONS, PO Box 602570, Charlotte, NC 28260-2570 |
| 518506845 | + | AR RESOURCE INC, 1777 SENTRY PWK W, Blue Bell, PA 19422-2207 |
| 518506844 | + | AR RESOURCE INC, 1777 Sentry Pkwy W, Blue Bell, PA 19422-2207 |
| 518506846 | | AR RESOURCES INC, PO Box 1056, Blue Bell, PA 19422-0287 |
| 518506847 | | ATLANTIC AMBUANCE CORP, PO Box 949, Matawan, NJ 07747-0949 |
| 518621029 | + | BARNABAS HEALTH MEDICAL GROUP, CCCB, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 518506848 | | BCA FINANCIAL SERVICES INC, 18001 Old Cutler Rd Ste 462, Miami, FL 33157-6437 |
| 518506849 | | CAPITAL BANKK, PO Box 539, Horsham, PA 19044-0539 |
| 518506853 | | CBCS, PO Box 2589, Columbus, OH 43216-2589 |
| 518506855 | | CES/ACS/BANK OF AMERICA, PO Box 182789, Columbus, OH 43218-2789 |
| 518506857 | | COMMONWEALTH FINANCIAL SYSTEMS, 245 Main St, Scranton, PA 18519-1641 |
| 518506858 | | CONSTAR FINANCIAL SERVICE, 10400 N 25th Ave Ste 100, Phoenix, AZ 85021-1610 |
| 518627840 | + | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 518506863 | | DEPT OF ED/582/ NELNET, PO Box 173904, Denver, CO 80217-3904 |
| 518506864 | | DERMATOLOGY AND SKIN SURGERY CENTER, 205 Ridgedale Ave Ste 4, Florham Park, NJ 07932-1349 |
| 518506865 | | DIVYA BHATIA, MD, 201 Lyons Ave Ste 3, Newark, NJ 07112-2027 |
| 518766435 | | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518506866 | | EAST ORANGE GENERAL HOSPITAL, PO Box 9800, Coral Springs, FL 33075-0800 |
| 518506867 | | EMA, PO Box 6251, Parsippany, NJ 07054-7251 |
| 518506868 | | EOS/CCA, PO Box 981002, Boston, MA 02298-1002 |
| 518506869 | | ESSEX PHYSICIANS GROUP LLC, PO Box 14099, Belfast, ME 04915-4034 |
| 518506870 | | EZPASS, PO Box 4971, Trenton, NJ 08650-4971 |
| 518506871 | | FINANCIAL RECOVERIES, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 518506872 | + | GARDEN SAVING FCU, 129 Littleton Rd, Parsippany, NJ 07054-1897 |
| 518506873 | | GATEWAY EMERGENCY SRVC, PO Box 80009, Philadelphia, PA 19101-1009 |
| 518586296 | + | Garden Savings Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| 518506875 | | HEART CENTER O THE ORANGES IM 310, PO Box 767, South Orange, NJ 07079-0767 |
| 518506877 | + | HORIZON, 3 Penn Plz E, Newark, NJ 07105-2200 |
| 518506878 | | IC SYSTEMS, PO Box 64437, Saint Paul, MN 55164-0437 |
| 518506879 | | IMAGING CONSULTANTS OF ESSEX, PO Box 3247, Indianapolis, IN 46206-3247 |
| 518506883 | | MERRICK BANK CORP, PO BOX 92001, Old Bethpage, NY 11804 |
| 518506884 | | MRS BPO LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 518506885 | | NBIMC FAMILY HEALH CENTER, PO Box 8000, Buffalo, NY 14267-0002 |
| 518624266 | + | New Jersey Turnpike Authority, Mark Schneider, Esq., 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095-5042 |

Case 19-29288-SLM    Doc 130    Filed 08/05/21    Entered 08/06/21 00:12:11    Desc
Imaged Certificate of Notice    Page 4 of 6

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Aug 03, 2021 | Form ID: pdf905 | Total Noticed: 96 |

| | | |
|---|---|---|
| 518614121 | ++ | PERITUS PORTFOLIO SERVICES II LLC, PO BOX 141419, IRVING TX 75014-1419 address filed with court:, Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518614119 | ++ | PERITUS PORTFOLIO SERVICES II LLC, PO BOX 141419, IRVING TX 75014-1419 address filed with court:, Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518506889 | + | PORTOLIO RECOVERY ASS, 120 CORPORARE BBLVD STE 100, Norfolk, VA 23502-4952 |
| 518506890 | + | PREMIER BKCARD/ FIRST PREMIER, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104-4824 |
| 518506891 | + | PREMIER BKCRD/ FIRST PREMIER, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104-4824 |
| 518506893 | | PRO BILL, PO Box 2078, Huntington, WV 25720-2078 |
| 518506894 | | PROFESSIONAL BUREAU OF COLLECTIONS, PO Box 4157, Greenwood Village, CO 80155-4157 |
| 518506895 | | PUBLISHERS CLEARING HOUSE, PO Box 6344, Harlan, IA 51593-1844 |
| 518506896 | | QUEST DAIGNOSTICS, PO Box 7308, Hollister, MO 65673-7308 |
| 518506897 | | RADIUS GOLOBAL SOLUTION, 7831 Glenroy Rd Ste 250, Edina, MN 55439-3117 |
| 518506898 | | REMEX, 307 Wall St, Princeton, NJ 08540-1515 |
| 518506902 | | SAINT MICHAELS MEDICAL CENTER, 111 Central Ave, Newark, NJ 07102-1909 |
| 518506903 | | SANTANDER/ CHRYSLER CAP, PO Box 961275, Fort Worth, TX 76161-0275 |
| 518506904 | | SELECT PORTFOLIO SERVICING, 3217 Decker Lake Dr, West Valley City, UT 84119-3284 |
| 518506906 | | SYN COM, 5450 NW Central Dr Ste 220, Houston, TX 77092-2061 |
| 518506907 | + | TRANSWORLS SYSTEM INC, 500 Virginia Dr Ste 514, Fort Washington, PA 19034-2733 |
| 519071161 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 518506908 | | UHEAA/ CORNERSSTONE/AES, PO BOX 610047, Harrisburg, PA 17101 |
| 518506909 | | UHEAA/CORNERSTONE/AES, PO Box 61047, Harrisburg, PA 17106-1047 |
| 518506910 | | UNIVERSITY RADIOLOGY GROUP PC, PO Box 1075, East Brunswick, NJ 08816-1075 |

TOTAL: 61

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 03 2021 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 03 2021 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518506841 | | Email/Text: bankruptcies@amerassist.com | Aug 03 2021 20:24:00 | AMERASSIST AR SOLUTIONS, 445 Hutchinson Ave Ste 500, Columbus, OH 43235-8616 |
| 518531073 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 03 2021 20:24:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518506850 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 03 2021 20:25:06 | CAPITAL ONE, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518506851 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 03 2021 20:24:00 | CB INDIGO /GF, PO Box 4499, Beaverton, OR 97076-4499 |
| 518506854 | | Email/Text: bankruptcy@certifiedcollection.com | Aug 03 2021 20:24:00 | CERTIFIED CREDIT & COLLECION BUREAU, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518506859 | + | Email/Text: convergent@ebn.phinsolutions.com | Aug 03 2021 20:24:00 | CONVERGENT, 800 SW 39th St Ste 100, Renton, WA 98057-4927 |
| 518506860 | + | Email/Text: convergent@ebn.phinsolutions.com | Aug 03 2021 20:24:00 | CONVERGET OUTSOURCING, 800 SW 39th St, Renton, WA 98057-4927 |
| 518506861 | + | Email/Text: bankruptcy@credencerm.com | Aug 03 2021 20:24:00 | CREDENCE, 17000 DALLAS PWKY STE 204, Dallas, TX 75248-1940 |
| 518506862 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 03 2021 20:25:15 | CREDIT ONE BANK, PO Box 98875, Las Vegas, NV 89193-8875 |
| 518506874 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 03 2021 20:24:00 | GENESIS FS CARD SERVICES, PO Box 4477, Beaverton, OR 97076-4401 |
| 518506876 | | Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 20:24:00 | HOMEATFIVE, 1515 S 21st St, Clinton, IA 52732-6676 |
| 518506856 | | Email/PDF: ais.chase.ebn@americaninfosource.com | | |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 03, 2021 | Form ID: pdf905 | Total Noticed: 96 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | Aug 03 2021 20:24:58 | CHASE MTG, P, PO Box 24696, Columbus, OH 43224-0696 |
| 518506880 | Email/Text: SM-Rehab-Bankruptcies@selectmedical.com | Aug 03 2021 20:24:00 | KESSLER, 4716 Gettysburg Rd, Mechanicsburg, PA 17055-4325 |
| 518506881 | Email/Text: krivera@leadersfc.com | Aug 03 2021 20:23:00 | LEADERS FINANCIAL COMPANY, 21 Commerce Dr Fl 1, Cranford, NJ 07016-3550 |
| 518572521 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2021 20:38:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518506882 | Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 20:23:00 | MASSEYS, PO Box 2822, Monroe, WI 53566-8022 |
| 518535333 | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 03 2021 20:25:15 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518560340 + | Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 20:23:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518614121 | Email/Text: perituspendrick@peritusservices.com | Aug 03 2021 20:23:00 | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518614119 | Email/Text: perituspendrick@peritusservices.com | Aug 03 2021 20:23:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518506887 | Email/Text: info@phoenixfinancialsvcs.com | Aug 03 2021 20:23:00 | PHOENIX FINANCIAL SERVICES LLC, 8902 Otis Ave Ste 103A, Indianapolis, IN 46216-1009 |
| 518506888 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2021 20:25:14 | PORTFOLIO RECOVERY ASSOCIATES, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 518582260 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2021 20:25:01 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518582336 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2021 20:25:14 | Portfolio Recovery Associates, LLC, c/o New York & Company, POB 41067, Norfolk VA 23541 |
| 518506892 | Email/Text: legal@pims-inc.com | Aug 03 2021 20:24:00 | PRINCETON PATHOLOGY SERVICES PA, 5755 Hoover Blvd, Tampa, FL 33634-5340 |
| 518614512 | Email/Text: bnc-quantum@quantum3group.com | Aug 03 2021 20:24:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518612486 | Email/Text: bnc-quantum@quantum3group.com | Aug 03 2021 20:24:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518506900 | Email/Text: bankruptcy@savit.com | Aug 03 2021 20:24:00 | SA-VIT COLLECTION AGENCY, 46 W Ferris St, East Brunswick, NJ 08816-2159 |
| 518506901 | Email/Text: ebn@rwjbh.org | Aug 03 2021 20:24:00 | SAINT BARNABAS MED CENTER, PO Box 903, Oceanport, NJ 07757-0903 |
| 518506905 | Email/Text: bankruptcy@sw-credit.com | Aug 03 2021 20:24:00 | SOUTHWEST CREDIT, 4120 International Pkwy Ste 1100, Carrollton, TX 75007-1958 |
| 518613858 + | Email/Text: bncmail@w-legal.com | Aug 03 2021 20:24:00 | Select Medical, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 518518524 + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 03 2021 20:39:08 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518506911 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 03 2021 20:23:00 | VERIZON, PO Box 650584, Dallas, TX 75265-0584 |
| 518602100 + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 03 2021 20:38:32 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518506912 | Email/Text: bnc-bluestem@quantum3group.com | Aug 03 2021 20:24:00 | WEBBANK, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

Case 19-29288-SLM    Doc 130    Filed 08/05/21    Entered 08/06/21 00:12:11    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 03, 2021 | Form ID: pdf905 | Total Noticed: 96 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Garden Savings Federal Credit Union, c.o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 518506852 | * | CB INDIGO/ GF, PO Box 4499, Beaverton, OR 97076-4499 |
| 518720977 | *+ | New Jersey Turnpike Authority, Mark Schneider, Esq., 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095-5042 |
| 518506899 | * | REMEX INC, 307 Wall St, Princeton, NJ 08540-1515 |
| 518613863 | *+ | Select Medical, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 518506886 | ## | PHILIP B WILLETE CO LLA, PO Box 26042, Columbus, OH 43226-0042 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2021                    Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison J. Kiffin | on behalf of Creditor Garden Savings Federal Credit Union collections@peterliska.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward Hanratty | on behalf of Debtor MARCUS N BRITTLE thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Edward Hanratty | on behalf of Joint Debtor SHANTE GLORIA ROSE thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7