UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on August 3, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

MARCUS N BRITTLE and SHANTE GLORIA ROSE

Case No.: 19-29288

Chapter: 13

Judge: Stacey L. Meisel

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

(For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19))

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

DATED: August 3, 2021

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of  Edward Hanratty for the debtors  for a reduction of time for a hearing on  Motion to Sell Property Free and Clear of Liens under Section 363(f).Property  under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on  August 9, 2021  at  9:00am  in the United States Bankruptcy Court,  50 Walnut St., Newark, NJ 07102 , Courtroom No.  3A .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Ch. 13 Trustee, Secured Creditors and their Counsel (if known), affected parties and any party having filed a notice of appearance.

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: All other creditors.

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

4. Service must be made:  **by August 4, 2021.**

☐ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:  **by August 4, 2021**

☐ is not required

☒ must be provided to  Ch. 13 Trustee & Secured Creditors (counsels if known)

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ ~~day(s) prior to the scheduled hearing; or~~ **by Friday, August 6, 2021 by 3:00 P.M.**

☐ may be presented orally at the hearing in the manner prescribed below.

8. For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

☐ Parties are directed to make arrangements to appear telephonically via Court Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

☒ Other:

> No oral argument if objections are not filed.

*rev.3/23/20*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-29288-SLM |
| MARCUS N BRITTLE | Chapter 13 |
| SHANTE GLORIA ROSE | |
|    Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 06, 2021 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | MARCUS N BRITTLE, SHANTE GLORIA ROSE, 447 S Clinton St, Fl 1, East Orange, NJ 07018-2403 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 08, 2021         Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison J. Kiffin | on behalf of Creditor Garden Savings Federal Credit Union collections@peterliska.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward Hanratty | on behalf of Debtor MARCUS N BRITTLE thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Edward Hanratty | on behalf of Joint Debtor SHANTE GLORIA ROSE thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... rsolarz@kmllawgroup.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 06, 2021 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7